

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: 06-249 |
| v. | : | |
| MICHAEL JOHN O'KEEFE, SR. | : | |
| SUNIL AGRAWAL | : | Under Seal |
| Defendants | : | |

FILED
AUG 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER TO SEAL

Having considered the Government's Motion to Seal Criminal Indictment and Bench Warrants, which indictment was returned on August 18, 2006, and for good cause stated therein, the Court makes the following:

#### FINDINGS OF FACT

1. Fed. R. Cr. P. 6(e)(4) permits the sealing of an indictment for any legitimate prosecutorial reason.

2. Sealing the Indictment and the Bench Warrants in the above-captioned matter will further the legitimate prosecutorial interest in locating and obtaining custody of the defendants, Michael John O'Keefe, Sr. and Sunil Agrawal.

3. The public docketing at this time of the Indictment, the Bench Warrants, the Government's Motion to Seal, and this Order, could compromise the government's ability effectively to obtain custody of the defendants who remains at large.

4. Accordingly, the government submits that under Washington Post v. Robinson, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), these facts present an extraordinary situation and a compelling governmental interest which justify the sealing of the Indictment, the Bench

Warrants, the Motion to Seal, and any Order to Seal, until such time as the defendants Michael John O'Keefe, Sr. and Sunil Agrawal are arrested.

Based on the foregoing Findings of Fact, the Motion is hereby

GRANTED, and it is hereby

ORDERED that the Indictment and the Bench Warrants in the above-captioned matter be sealed by the Clerk of the Court until the defendants are arrested, except that the United States Government may disclose the existence and/or contents of the Indictment and the Bench Warrants in the above-captioned matter to any federal law enforcement officers to the extent that such disclosure is in furtherance of efforts to obtain custody of defendants Michael John O'Keefe, Sr. and Sunil Agrawal; and it is

FURTHER ORDERED that the Clerk's office shall not make any entry on the public docket in this case of the Indictment and the Bench Warrants in this case, the filing of the Government's Motion to Seal, and the Order granting such motion, until further order of this Court.

FURTHER ORDERED that the Government's Motion to Seal and this Order be sealed until further order of this Court; and it is

FURTHER ORDERED the Indictment, the Bench Warrants, and this Order shall be automatically unsealed when defendants Michael John O'Keefe, Sr. and Sunil Agrawal are arrested.

FURTHER ORDERED that the Clerk of the Court shall provide to the United States Attorney's Office certified copies of the Indictment and the Bench Warrants upon request.

Date: _August 18, 2006_       _____
                                         UNITED STATES MAGISTRATE JUDGE

cc:    Brenda J. Johnson
        Assistant United States Attorney