# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 06-249-01 | MAGIS. NO: |
| V. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| SUNIL AGRAWAL | | |
| DOB:    DID: | FILED SEP 26 2006 | |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

SEALED

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Conspiracy
Bribery
Aiding and Abetting, Causing an act to be done
Criminal Forfeiture

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:

18 U.S.C. §§ 371, 201(b)(1) and (2), 2 and 981
28 U.S.C. § 2461

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|

| ORDERED BY: MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE) U.S. MAGISTRATE JUDGE ALAN KAY | DATE ISSUED: 08/18/2006 |
|---|---|---|
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK | DATE: 08/18/2006 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 8-18-06 | NAME AND TITLE OF ARRESTING OFFICER DAVID BALDWIN SDUSM | SIGNATURE OF ARRESTING OFFICER David Baldwin |
|---|---|---|
| DATE EXECUTED 9-26-06 | | |
| HIDTA CASE: Yes    No X | | OCDETF CASE: Yes    No X |