IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA,                 :
:
v.                                  : Criminal Case Number:
:
MICHAEL JOHN O'KEEFE, Sr.,                : 1:06-cr-00249-PLF
SUNIL AGRAWAL,                            :
:
Defendants.                :
:
:
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**NOTICE OF APPEARANCE**

      Please enter the appearance of Matthew B. Hsu as counsel of record for Defendant Sunil Agrawal in the above-captioned matter.

      Respectfully submitted,

      _____/s/_____
      Matthew B. Hsu (D.C. Bar #488610)
      SIDLEY AUSTIN LLP
      1501 K Street, NW
      Washington, DC 20005
      (202) 736-8000
      (202) 736-8711 (fax)

Dated: October 12, 2006