# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

------------------------------------- X
:
UNITED STATES OF AMERICA,            :
:
    v.                               :  Criminal Case Number:
:
SUNIL AGRAWAL,                       :  1:06-cr-00249-PLF
:
    Defendant.                       :
:
:
------------------------------------- X

## MOTION TO MODIFY CONDITIONS OF RELEASE

      Mr. Agrawal, through counsel, respectfully moves this Court to modify conditions of release in the above captioned case.

      On September 26, 2006, Mr. Agrawal was arrested at Dulles Airport in Washington, D.C. after voluntarily returning from London, England. After a hearing before Magistrate Judge Facciola on September 27, 2006, Mr. Agrawal was released under the following conditions.[1] He posted a $10,000 bond and was ordered to report to Pre-Trial Services in the Southern District of New York in person on a weekly basis. He was further ordered to remain living at his home in New York and to remain within the Southern District of New York or Eastern District of New York, except when traveling to Washington, D.C. to appear before the Court or to meet with counsel. Mr. Agrawal also was ordered to surrender all travel documents, including his green card, and to not apply for any travel documents.[2] Mr. Agrawal has complied with all of these conditions.

---

[1] A copy of Mr. Agrawal's conditions of release are attached as Exhibit A.

[2] Mr. Agrawal surrendered his passport and green card to agents with the U.S. Customs and Border Patrol upon his arrest at Dulles Airport.

Mr. Agrawal requests that the court modify the conditions of his release to permit him to travel within the continental United States for business. Mr. Agrawal is the CEO of STS Jewels, Inc. ("STS"), which is located in New York. STS sells wholesale jewelry manufactured by other companies owned by Mr. Agrawal in India and Thailand to retail outlets throughout the United States. Specifically, STS has major customers in Akron, Ohio (Kay Jewelers and Sterling); Dallas, Texas (Zales and J.C. Penny's); Westchester, Pennsylvania (QVC); Chicago, Illinois (Whitehall and Sears); Los Angeles, California (Macy's West and Ultimate Shopping Network); Savannah, Georgia (Friedman's Jewelers); St. Petersburg, Florida (Home Shopping Network), Norwalk, Connecticut (MBI, Inc.), Minneapolis, Minnesota (ShopNBC) and Knoxville, Tennessee (Jewelry Television).

Steve Heath, STS's former President, who, along with Mr. Agrawal, was responsible for managing STS's relationship with these customers, passed away two months ago. Mr. Agrawal's business partner, Suresh Panjabi, is not involved in the wholesale sales aspect of STS's business, but rather manages STS's retail stores in the Caribbean and in Alaska. Finally, STS's COO, Paramjeet Singh Bhatia, is located in Thailand, and is involved in the operations aspect of STS's business, and not sales. Currently, Mr. Agrawal is the only STS executive who has established relationships with the senior executives of STS's customers and has experience handling these types of meetings. If Mr. Agrawal cannot travel to meet with these customers, STS's relationships with them, and thus, STS's business, will be harmed. Moreover, because of the pending criminal prosecution, Mr. Agrawal's efforts to maintain his relationships with existing customers are particularly critical at this time.

Counsel further submits that Mr. Agrawal does not present a flight risk or danger to the community. As stated above, Mr. Agrawal returned to the United States voluntarily, and

surrendered his passport and green card to U.S. authorities upon his arrest. Mr. Agrawal has strong ties to the community. His wife and two sons, aged 17 and 3, live and reside in New York, and several members of his extended family live in the New York area. Mr. Agrawal is a respected businessman, who has run businesses in the United States since 1998, and has established strong relationships within the business community.

For these reasons, Mr. Agrawal requests that the Court modify his conditions of release to permit him to travel within the continental United States to meet with STS customers. All of the other conditions of Mr. Agrawal release, of course, would remain in effect. Moreover, Mr. Agrawal would provide Pre-Trial Services in the Southern District of New York with 24 to 48 hours notice when he travels outside of the New York area, including the date of his return. Moreover, Mr. Agrawal would notify Pre-Trial Services of his return within 24 to 48.

WHEREFORE, for these reasons, counsel respectfully requests that the Court modify Mr. Agrawal's conditions of release to permit him to travel within the continental United States pursuant to these conditions or any others that the Court deems appropriate.

Respectfully submitted,

_____/s/_____
Thomas C. Green (D.C. Bar #14998)
Mark D. Hopson (D.C. Bar #394338)
Juan P. Morillo (D.C. Bar #475196)
Matthew B. Hsu (D.C. Bar #488610)
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000
(202) 736-8711 (fax)

Dated: October 16, 2006