## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                :
UNITED STATES OF AMERICA,                       :
                                                :
         v.                                     :   Criminal Case Number:
                                                :
SUNIL AGRAWAL,                                  :   1:06-cr-00249-PLF
                                                :
         Defendant.                             :
                                                :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

### PROPOSED ORDER

Upon consideration of defendant Sunil Agrawal's Motion to Modify Conditions of Release, it is hereby

ORDERED that the Motion to Modify Conditions of Release is GRANTED; it is

FURTHER ORDERED that Mr. Agrawal will be permitted to travel for domestically for business; and it is

FURTHER ORDERED that Mr. Agrawal will provide the Pre-Trial Services office in the Southern District of New York with 24 to 48 hours notice prior to any such travel, and report to Pre-Trial Services within 24 hours upon his return.

_____
PAUL L. FRIEDMAN
United States District Judge