IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------- X
:
UNITED STATES OF AMERICA,                         :
:
v.                                                : Criminal Case Number:
:
MICHAEL JOHN O'KEEFE, Sr.,                        : 1:06-cr-00249-PLF
SUNIL AGRAWAL,                                    :
:
Defendants.                                       :
:
:
------------------------------------------------- X

## NOTICE OF APPEARANCE

Please enter the appearance of Thomas C. Green as counsel of record for Defendant Sunil Agrawal in the above-captioned matter.

                                                  Respectfully submitted,

                                                  *Thomas C Green / MBit*
                                                  Thomas C. Green (DC Bar #14998)
                                                  SIDLEY AUSTIN LLP
                                                  1501 K Street, NW
                                                  Washington, DC 20005
                                                  (202) 736-8000
                                                  (202) 736-8711 (fax)

Dated: October 12, 2006

## CERTIFICATE OF SERVICE

I, Thomas C. Green, certify that I caused a true and correct copy of my notice of appearance to Bernard S. Grim, Tony W. Miles, and Brenda J. Johnson dated October 12, 2006, to be served by facsimile and federal express on October 12, 2006:

Bernard S. Grimm
LAW OFFICE OF BERNARD S. GRIMM
503 D Street, NW
Suite 250
Washington, DC 20001
Fax: (202) 986-5475

Tony W. Miles
FEDERAL PUBLIC DEFENDER FOR D.C.
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004
Fax: (202) 208-7515

Brenda Jene Johnson
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Room 11-441
Washington, DC 20530
Fax: (202) 307-6059

By: *Thomas C. Green /MB/t*
Thomas C. Green
Sidley Austin Brown & Wood LLP
1501 K Street, NW
Washington, DC 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711