# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 06-249-2 (PLF)** |
| | : | |
| **SUNIL AGRAWAL,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon careful consideration of the defendant's motion to Modify Conditions of Release and the government's Opposition thereto, and arguments thereupon, the Court hereby

FINDS that the combination of conditions previously set will reasonably assure the appearance of the defendant as required in this case, and it is therefore;

ORDERED that the previously set conditions will remain.

SO ORDERED, this _____ day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE


Serve:  Brenda J. Johnson
        Assistant United States Attorneys
        National Security Section
        United States Attorney's Office

        Thomas C. Green, Esquire
        Sidley Austin Brown &Wood LLP
        1501 K Street, N.W.
        Washington, D.C.  20005