IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA,                    :
:
v.                               : Criminal Case Number:
:
SUNIL AGRAWAL,                               : 1:06-cr-00249-PLF
:
Defendant.                   :
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendant Sunil Agrawal, by his counsel, hereby moves the Court for an extension of time for the filing of a proposed scheduling order.

This matter came before the Court for a status conference on October 12, 2006, at which time the Court requested that the parties submit an agreed upon scheduling order by October 27, 2006. Counsel respectfully request that the Court grant a seven day extension from October 27, 2006, to November 3, 2006 for the filing of the scheduling order. We have consulted with the government and counsel to Mr. O'Keefe, and both have agreed to a seven day extension.

Respectfully submitted,

_____/s/_____
Thomas C. Green (D.C. Bar #14998)
Mark D. Hopson (D.C. Bar #394338)
Juan P. Morillo (D.C. Bar #475196)
Matthew B. Hsu (D.C. Bar #488610)
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000
Dated: October 27, 2006           (202) 736-8711 (fax)