# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA,                               :
:
    v.                                                  :   Criminal Case Number:
:
SUNIL AGRAWAL,                                          :   1:06-cr-00249-PLF
:
    Defendant.                                          :
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## PROPOSED ORDER

Upon consideration of defendant Sunil Agrawal's Consent Motion for Extension of Time, it is hereby

ORDERED that the Consent Motion for Extension of Time is GRANTED; it is

FURTHER ORDERED that the parties shall file a proposed scheduling order by November 3, 2006.

_____
PAUL L. FRIEDMAN
United States District Judge