UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: 06-0249 (PLF) |
| | : | |
| v. | : | |
| | : | |
| MICHAEL JOHN O'KEEFE, SR., | : | |
| SUNIL AGRAWAL | : | |

**GOVERNMENT'S NOTICE OF APPEARANCE**

  The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the court that Assistant United States Attorney Denise Cheung will be entering her appearance as co-counsel to Assistant United States Attorney Brenda J. Johnson in the above-captioned matter, and submits this notice of her appearance on behalf of the United States.

               Respectfully Submitted,

               JEFFREY A. TAYLOR
               UNITED STATES ATTORNEY


               _____
               Denise Cheung
               Assistant United States Attorney
               D.C. Bar Number 451714
               555 4th Street, N.W.
               Room 11-443
               Washington, D.C. 20530
               (202) 307-2845 (telephone)
               (202) 307-6059 (facsimile)
               denise.cheung@usdoj.gov