**(REVISED)**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

United States of America
v.
Defendant's name: **SUNIL AGRAWAL**

Case No. 06-249

YOU ARE RELEASED ON THE FOLLOWING ADDITIONAL CONDITIONS INDICATED BELOW:

**PERSONAL PROMISE**
- [ ] **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court.
- [X] **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court. **$10,000**
- [ ] **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit to be returned when the Court determines you have performed the conditions of your release. You will deposit in the registry of the Court _____ %.
- [ ] **SURETY BOND.** Upon execution of appearance bond with approved surety.

**FILED NOV - 9 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:

1) **SUPERVISORY CUSTODY** — [ ]

2) [X] **YOU ARE TO REPORT** — [X] weekly, [X] Pretrial Svcs, S. Dist NY as directed

3) [X] **YOU ARE TO LIVE** — [X] at the above address; [X] w/in Continental U.S. – Permitted to travel for business domestically. Notify Pretrial w/in 24-48 hours prior to travel & report to PSA within 24 hours of return

4a) [ ] **YOU ARE TO WORK**

4b) [X] **YOU ARE TO STUDY**

5) [ ] **YOU ARE TO STAY** — [X] Within the D.C. area / E.Dist NY / S.Dist NY for Court + meeting w/ attorney

6) [ ] **NARCOTICS**

7) [X] **OTHER CONDITION** — Comply w/ supervision w/ Surrender all travel & U.S. documents. Do not apply for travel documents.

8) [X] **REARREST** — Any rearrest on probable cause for any subsequent offense may result in revoking your present bond and setting it at two.

**NEXT DUE BACK**: in Courtroom 29A at 10:00 AM on 2/27/07, or when notified and you must appear at all subsequent continued dates. You must also appear as directed.

**YOUR ATTORNEY**: Matthew Hsu, 1501 K St. NW, Washington DC 20005, 202-736-8099

**DEFENDANT'S SIGNATURE** ▶ [signature]
**WITNESSED BY** [signature] (title and agency) USPSO Pretrial Services

Date: November 9, 2006

**SO ORDERED**
[signature] Paul L. Friedman
Signature of Judge