# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )  Criminal Case No 1:06-cr-00249-PLF<br>)<br>MICHAEL JOHN O'KEEFE, SR. and )<br>SUNIL AGRAWAL, )<br>)<br>Defendants. ) | |

**JOINT MOTION FOR SCHEDULING ORDER**

The parties in the above captioned matter respectfully move for the Court to enter a scheduling order that will govern proceedings in this matter including trial.

This matter came before the Court on October 12, 2006 for a status conference at which time the Court set a pre-trial conference for February 27, 2007 and a two-week trial to start on March 14, 2007. The Court also directed the parties to submit an agreed-upon proposed scheduling order for proceedings in this matter leading up to trial.

On November 3, 2006, counsel for defendant Michael O'Keefe filed a motion to continue the trial date. Defendant Sunil Agrawal joins Mr. O'Keefe's motion. In light of the unavailability of defense counsel on the originally scheduled trial date, the government has withdrawn its opposition to the motion, conditional upon a Speedy Trial Act waiver by the defendants and a finding by the Court that such waivers are in the interest of justice. Both of the defendants have agreed to waive time under the Speedy Trial Act at the next status hearing, which is currently scheduled for January 5, 2007.

Accordingly, the parties respectfully request that the Court enter an order setting forth a schedule for proceedings in this matter consistent with the dates proposed in the attached Proposed Scheduling Order.

Respectfully submitted,

_____/s/_____
Thomas C. Green (D.C. Bar #14998)
Mark D. Hopson (D.C. Bar #394338)
Juan P. Morillo (D.C. Bar #475196)
Matthew B. Hsu (D.C. Bar #488610)
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000
(202) 736-8711 (fax)
*Counsel for Defendant Sunil Agrawal*

_____/s/_____
Bernard S. Grimm
LAW OFFICES OF BERNARD S. GRIMM
503 D Street, NW
Suite 250
Washington, DC 20001
(202) 371-0300
(202) 986-5475 (fax)
*Counsel for Defendant Michael John O'Keefe*

_____/s/_____
Brenda J. Johnson
Denise Cheung
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Room 11-441
Washington, DC 20530
(202) 353-4154
(202) 307-6059 (fax)

Dated: November 15, 2006