# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Case No 1:06-cr-00249-PLF |
| | ) |
| MICHAEL JOHN O'KEEFE, SR. and | ) |
| SUNIL AGRAWAL, | ) |
| | ) |
| Defendants. | ) |

## ~~PROPOSED~~ SCHEDULING ORDER

Upon consideration of the parties' joint motion for a scheduling order, it is hereby

ORDERED that the following schedule will govern this action:

| Event | Date / Deadline |
|---|---|
| 1. Status conference | January 5, 2007 at 10:00 a.m. |
| 2. **All substantive and/or dispositive motions filed** Opposition memoranda filed Reply memoranda filed Substantive/dispositive motions hearing | January 30, 2007 February 12, 2007 February 23, 2007 March 5, 2007 |
| 3. Government shall make **disclosures under Rule 16(a)(1)(G)** of the Federal Rules of Criminal Procedure and shall deliver written summary of testimony and qualifications of any expert witness | January 19, 2007 |
| 4. Defendants shall make expert **disclosures under Rule 16(b)(1)(C)** of the Federal Rules of Criminal Procedure and shall deliver written summary of testimony and qualifications of any expert witness | January 29, 2007 |
| 5. Parties shall file with the Court brief summary of expert witness qualifications and summary of expert testimony for each proposed expert witness, not to exceed 5 pages | February 16, 2007 |

| | |
|---|---|
| 6. **All *in limine* (including *Daubert* motions) and other pretrial motions filed** | March 9, 2007 |
| Opposition memoranda filed | March 19, 2007 |
| Reply memoranda filed | March 26, 2007 |
| *In limine* (including *Daubert* hearing, if necessary) and other pretrial motions hearing | May 8, 2007 |
| 7. Parties shall jointly advise chambers what size jury panel they agree is appropriate and whether they would like to have oral voir dire or a written questionnaire followed by follow-up questions | June 2, 2007 |
| 8. Government and defense shall submit proposed voir dire questions or a proposed written questionnaire (as appropriate) and proposed jury instructions to the Court, indicating any unresolvable areas of disagreement | June 8, 2007 |
| 9. **Final pretrial conference** in Courtroom 29A to resolve all remaining pretrial matters | June 11, 2007 at 9:30 a.m. |
| 10. **Trial begins.** Voir dire will commence beginning at 9:30 a.m. in Courtroom No. 29A, and will continue until completed. Counsel should be prepared to deliver their opening statements on the morning of June 20, 2007, beginning at 9:30 a.m. | June 19-29, 2007 |

SO ORDERED.

DATE: 11/20/06

PAUL L. FRIEDMAN
United States District Judge

DC1 893933v.1