IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No 1:06-cr-00249-PLF |
| ) | |
| MICHAEL JOHN O'KEEFE, SR. and ) | |
| SUNIL AGRAWAL, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE**

Mr. Agrawal, through counsel, respectfully moves this Court to temporarily modify the conditions of his release.

On September 26, 2006, Mr. Agrawal was arrested at Dulles Airport in Washington, D.C. after voluntarily returning from London, England. After a hearing before Magistrate Judge Facciola on September 27, 2006, Mr. Agrawal was released under the following conditions. He posted a $10,000 bond and was ordered to report to Pre-Trial Services in the Southern District of New York in person on a weekly basis. He was further ordered to remain living at his home in New York and to remain within the Southern District of New York or Eastern District of New York, except when traveling to Washington, D.C. to appear before the Court or to meet with counsel. Mr. Agrawal also was ordered to surrender all travel documents, including his green card, and to not apply for any travel documents.[1] Mr. Agrawal has complied with all of these conditions.

On November 9, 2006 this Court granted Mr. Agrawal's first Motion to Modify Conditions of Release. The Court's modified order allows Mr. Agrawal to travel for business

---

[1] Mr. Agrawal surrendered his passport and green card to agents with the U.S. Customs and Border Patrol upon his arrest at Dulles Airport.

within the continental United States as long as he provides the Pre-Trial Services office in the Southern District of New York with 24 to 48 hours notice prior to any such travel, and report to Pre-Trial Services within 24 hours upon his return. Mr. Agrawal has complied with these conditions.

Mr. Agrawal now requests that the court further modify the conditions of his release to permit him to make two one-time trips, for up to 4 days each, to London, England and Dusseldorf, Germany for important business reasons.

Mr. Agrawal is the CEO of STS Jewels, Inc. ("STS"), which is located in New York City, New York. STS (through its parent company) also maintains facilities in Jaipur, India, Bangkok, Thailand, Tokyo, Japan, Hong Kong, China, London, England, and Dusseldorf, Germany. Mr. Agrawal oversees all of STS's operations. Through its world-wide operations, STS distributes jewelry throughout the United States and Europe.

Specifically, the United Kingdom operation is critical to STS's overall business — accounting for over $27 million in revenue in 2006 and an estimated $50 million in 2007. However, the current General Manager in charge of STS's United Kingdom operations — a high-level executive position that reports directly to the Mr. Agrawal — is departing and must be replaced. Because of the importance of STS's United Kingdom operations, the burden and impracticality of flying numerous candidates to New York for interviews, and the necessity of Mr. Agrawal's participation in the interview process to find a replacement manager, Mr. Agrawal requests that he be allowed to travel to London, England to interview candidates for the General Manager position.

Similarly, STS's TV shopping channel in Dusseldorf, Germany (Ver Schmuck Kanal) is also overseen by Mr. Agrawal. Nevertheless, he has not been able to visit and

supervise the fledgling operation since it launched in November of 2006 because of the conditions of his release. As a result, STS's German operation has suffered. It is important that Mr. Agrawal be permitted to travel to Dusseldorf, Germany to meet with and manage his German operations team. Not only is it burdensome and impractical to fly over ten STS business professionals to meet with Mr. Agrawal in New York, but that alternative does not address the core need of allowing Mr. Agrawal to inspect STS's German operations.

Counsel reiterates that Mr. Agrawal does not present a flight risk or danger to the community. As stated above, Mr. Agrawal returned to the United States voluntarily, and surrendered his passport and green card to U.S. authorities upon his arrest. Mr. Agrawal has strong ties to the community. His wife and two sons, aged 17 and 3, live and reside in New York, and several members of his extended family live in the New York area. Mr. Agrawal is a respected businessman, who has run businesses in the United States since 1998, and has established strong relationships within the business community. The bulk of his financial assets as well as the overwhelming majority of STS's business are in the United States. Importantly, for the past 3 months Mr. Agrawal has complied with all of the Court's conditions of release.

If permitted to travel by the Court, a Sidley Austin LLP lawyer would accompany Mr. Agrawal on his trips to England and Germany. Moreover, Mr. Agrawal's wife is willing to surrender her passport to Pre-Trial Services in the Southern District of New York for the duration of Mr. Agrawal's trips to England and Germany.

Furthermore, the U.S. government's passport security systems can presumably restrict Mr. Agrawal's ability to travel to destinations other than London, England and Dusseldorf, Germany.

For these reasons, Mr. Agrawal requests that the Court modify his conditions of release to permit him to travel to London, England for up to 4 days to locate a new General manager for STS's United Kingdom operations, and to permit him to travel to Dusseldorf, Germany for up to 4 days to attend business meetings STS's TV shopping channel. All of the other conditions of Mr. Agrawal's release would remain in effect. In particular, Mr. Agrawal would provide Pre-Trial Services in the Southern District of New York with 24 to 48 hours notice before he travels to London or Dusseldorf, and would provide Pre-Trial services with his itinerary and the date of his return. Mr. Agrawal would notify Pre-Trial Services of his return within 24 to 48 hours.

WHEREFORE, for the above reasons, counsel respectfully requests that the Court modify Mr. Agrawal's conditions of release to permit him to travel to London, England and Dusseldorf, Germany pursuant to these conditions or any other conditions that the Court deems appropriate.

Respectfully submitted,

/Thomas C. Green (D.C. Bar #14998)
Mark D. Hopson (D.C. Bar #394338)
Juan P. Morillo (D.C. Bar #475196)
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000
(202) 736-8711 (fax)

Dated: January 5, 2007