IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal Case No 1:06-cr-00249-PLF |
| MICHAEL JOHN O'KEEFE, SR. and SUNIL AGRAWAL, | ) ) ) ) | |
| Defendants. | ) | |

## PROPOSED ORDER

Upon consideration of defendant Sunil Agrawal's Motion to Modify Conditions of Release, it is hereby

ORDERED that the Motion to Modify Conditions of Release is GRANTED; it is

FURTHER ORDERED that Mr. Agrawal will be permitted to make two one-time trips, for up to four-days each, to London, England and Dusseldorf, Germany for business; and it is

FURTHER ORDERED that Mr. Agrawal will provide the Pre-Trial Services office in the Southern District of New York with 24 to 48 hours notice prior to any such travel, provide Pre-Trial services with his itinerary and the date of his return, and report to Pre-Trial Services within 24 hours of his return.

PAUL L. FRIEDMAN
United States District Judge

DC1 905338v.1