IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-249-2 (PLF) |
| | : | |
| SUNIL AGRAWAL, | : | |
| | : | |
| Defendant. | : | |

ORDER

Upon careful consideration of the defendant's motion to Temporarily Modify Conditions of Release and the government's Opposition thereto, the Court hereby

FINDS that the combination of conditions previously set will reasonably assure the appearance of the defendant as required in this case, and it is therefore;

ORDERED that the previously set conditions will remain; it is further

ORDERED that the defendant's motion to temporarily modify conditions of release is hereby denied.

SO ORDERED, this _____ day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE

Serve: Brenda J. Johnson
      Denise Cheung
      Assistant United States Attorneys
      National Security Section
      United States Attorney's Office

      Thomas C. Green, Esquire
      Sidley Austin Brown & Wood LLP
      1501 K Street, N.W.
      Washington, D.C. 20005