IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                         )   Criminal Case No 1:06-cr-00249-PLF<br>)<br>MICHAEL JOHN O'KEEFE, SR. and )<br>SUNIL AGRAWAL,                  )<br>)<br>            Defendants.           ) | |

### AFFIDAVIT OF DEEPTI AGRAWAL

I declare the following to be true and correct to the best of my knowledge:

1. My name is Deepti Agrawal. I was born on Jan 30, 1963 in Jaipur, India. I am married to defendant Sunil Agrawal. I am a citizen of India and a lawful permanent resident of the United States.

2. I am above the age of 18 and of sound mind and body. I am competent to attest to the matters set forth herein.

3. I reside at 200 Riverside Boulevard, Apartment 35A, New York, NY 10069.

4. If the Court temporarily modifies the conditions of my husband's release to permit him to make two, one-time business trips to London, England and Dusseldorf, Germany:

   - I will surrender all of my travel documents (including my passport) to the Court during the pendency of my husband's two trips;

   - I will not attempt to obtain any new travel documents (including a new passport) during the pendency my husband's two trips; and

   - I will not make any efforts to travel internationally during my husband's two trips.

I declare under penalty of perjury that the foregoing is true and correct.

1/8/2007
Date

_Deepti Agrawal_
Deepti Agrawal
(spouse of defendant Sunil Agrawal)