UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 06-0249-2 (PLF) |
| | ) | |
| SUNIL AGRAWAL, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Upon careful consideration of the defendant's motion to temporarily modify conditions of release, the government's opposition thereto, and the defendant's reply, the Court hereby finds that the combination of conditions previously set will reasonably assure the appearance of the defendant as required in this case and that the less restrictive modified conditions proposed by defendant are not likely to do so. See 18 U.S.C. § 3142(b) and (c). It therefore is hereby

ORDERED that the previously set conditions will remain in force pending trial or other disposition; and it is

FURTHER ORDERED that the defendant's motion to temporarily modify conditions of release is DENIED.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: January 16, 2007