IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>         v.                          )   Criminal Case No 1:06-cr-00249-PLF<br>                                     )<br>MICHAEL JOHN O'KEEFE, SR. and        )<br>SUNIL AGRAWAL,                       )<br>                                     )<br>         Defendants.                 )  | |

### MOTION TO COMPEL DISCOVERY UNDER RULE 16(a)(1)(E)

Sunil Agrawal, through his counsel, respectfully moves for an order compelling the government to produce information that is material to the preparation of his defense under Federal Rule of Criminal Procedure 16(a)(1)(E). Mr. Agrawal has unsuccessfully requested the information sought in this motion from the government. Specifically, he has requested: (1) information regarding the expediting of consular appointments; (2) information regarding STS Jewels employees' consular appointments; and (3) information regarding the government's investigation of the defendants and the tanzanite industry.

The grounds supporting this motion are set forth in the accompanying memorandum.

Dated: January 30, 2007

Respectfully submitted,

*/s/ Thomas C. Green*

Thomas C. Green (D.C. Bar #14998)
Mark D. Hopson (D.C. Bar #394338)
Juan P. Morillo (D.C. Bar #475196)
David J. Ludlow (D.C. Bar #489136)
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
202-736-8000