IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No 1:06-cr-00249-PLF |
| ) | |
| MICHAEL JOHN O'KEEFE, SR. and ) | |
| SUNIL AGRAWAL, ) | |
| ) | |
| Defendants. ) | |

**PROPOSED ORDER**

Upon consideration of Sunil Agrawal's Motion to Compel, it is hereby

ORDERED that Mr. Agrawal's Motion to Compel is GRANTED; it is

FURTHER ORDERED that the government shall collect and produce documents, items, and information responsive to Mr. Agrawal's Rule 16(a)(1)(E) discovery requests as follows:

1.  The relevant time period for determining responsiveness to Mr. Agrawal's requests shall be January 1, 2004 through the present.

2.  The government shall conduct electronic searches of the relevant servers or hard drives on which email communications are stored for the U.S. embassies and consulates located in Montreal, Canada; Ottawa, Canada; Quebec City, Canada; Toronto, Canada; Vancouver, Canada; Mexico City, Mexico; Ciudad Juarez, Mexico; Guadalajara, Mexico; Hermosillo, Mexico; Matamoros, Mexico; Monterrey, Mexico; Nogales, Mexico; Nuevo Laredo, Mexico; and Tijuana, Mexico. The government shall search all email profiles/addresses likely to contain communications ("to" and "from") responsive to Mr. Agrawal's requests for information concerning expedited visa interview appointments, including, but not limited, to the email

addresses listed in Mr. Agrawal's January 5, 2006 letter, and the email address of all current and former non-immigrant visa chiefs and deputy chiefs at the respective posts during the relevant time frame. The government shall use the following keyword search terms, and produce all emails containing such terms to Mr. Agrawal (an asterisks indicates a wildcard character):[8]

> expedit*
> accelerate
> urgent
> rush
> emergency
> exigent
> accommodate w/10 appointment
> accommodate w/10 interview
> waive* w/5 appointment
> waive* w/5 interview
> early w/5 appointment
> early w/5 interview
> Trister
> Dingle
> Green
> Spiegel

3. The government shall conduct a physical search of the visa application files (and any other files likely to contain information responsive to Mr. Agrawal's requests) located at the Toronto consulate, and produce (1) any faxed or hard copy requests for expedited visa interview appointments; (2) "blue sheets,"[9] or other notices indicating that a request for an expedited interview was approved, denied, or otherwise disposed of; and (3) any other documents or items responsive to any of Mr. Agrawal's requests.

4. The government shall produce all documents related to the 82 STS Jewels employees' visa applications referenced on page 5 of the government's January 23, 2007

---

[8] If communications at the Mexican posts are commonly conducted in Spanish, the government shall also use the Spanish language equivalents of these keyword search terms.

[9] In its discovery letter of December 7, 2006, the government refers to the form used to schedule expedited appointments at the Toronto consulate as the "Blue sheet." **(Ex. 5)**.

discovery response, including documents sufficient to determine the dates of the applications and reasons for refusal, if any.

5. The government shall respond fully to Mr. Agrawal's request for databases or data compilations containing information concerning requests for expedited visa interview appointments.

6. The government shall respond fully to Mr. Agrawal's request for items obtained by the government as the result of surveilling Mr. Agrawal, Mr. O'Keefe, any STS Jewels employee, and/or the persons referred to as "exotic dancers" in the Indictment *for the relevant time period.* The government shall promptly produce any responsive material hereto unproduced.

7. The government shall collect and produce (or allow the defense to inspect) items responsive to Mr. Agrawal's request for autographs, photographs, electronic images, media files, memorabilia of any kind or thing of value, given to or received by any employee of the U.S. consulate in Toronto, Canada, from any individual, including any entertainment, television, movie, music, sports, or other celebrity who requested any visa or submitted a request for an expedited visa interview appointment. The government shall conduct searches and inspections of U.S. consulate computers, offices, and desks to locate responsive items. The government shall also affirmatively request that employees of the consulate collect and provide items responsive to Mr. Agrawal's request.

9. The government shall provide Mr. Agrawal with specific information regarding the government's efforts to respond to his discovery requests, including, but not limited to, the names and dates of all persons contacted, detailed descriptions of the information

provided to and from those persons, and copies of documents or other items provided to the government during the government's efforts to locate discovery.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge