

U.S. Department of Justice
United States Attorney
District of Columbia

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

# USAO-DC

# FAX

## Cover

| | | | |
|---|---|---|---|
| To: | Thomas Green, Esquire | From: | Brenda J. Johnson |
| Fax: | (202) 736- 8711 | Phone: | (202) 353-4154 |
| Date: | January 25, 2007 | | |
| Re: | United States v. Michael O'Keefe and Sunil Agrawal Cr. No. 06-249 | | |
| Page(s): | 13 pages including cover | | |

COMMENTS:

---

## U.S. ATTORNEY FACSIMILE COMMUNICATION

***WARNING: Information attached to this cover sheet is U.S. Government Property.
If you are not the intended recipient of this information, disclosure, reproduction,
distribution, or use of this information is prohibited. Please notify the originator
immediately to arrange for proper disposition.***

 **U.S. Department of Justice**

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

January 25, 2007

BY U.S. MAIL and FACSIMILE

Bernard S. Grimm, Esquire
503 D Street, N.W.
Suite 250
Washington, D.C. 20001

Thomas C. Green, Esquire
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005

Re:  United States v. Michael John O'Keefe, Sr. and Sunil Agrawal,
     Criminal No. 06-249 (PLF)

Dear Mr. Grimm and Mr. Green:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, this letter is to advise
you that at trial, the government may present expert witness testimony concerning the following
topics: (1) Department of State Consular Affairs procedures and training, to include visa
application policies and procedures and ethical obligations of government employees; (2)
computer forensics, to include email retrieval procedures and presentation of evidence in this
case; and (3) jewelry appraisal of evidence in this case.

Abigail Rupp

Abigail Rupp will testify about the definition of visas in general, and non-immigrant visas
in particular; the types of visas issued, including H-1 Bs, Ls, Hs, B1-B2s, etc; the documents
used to apply for visas; visa application procedures; the basic and fundamental standards for
processing visas, including the screening duties of consular officers, the visa referral system, and
the expedited appointment system; and the training of foreign service consular officers, including
on the topic of ethics.

Ms. Rupp will also testify as to the governing authorities in the area of consular affairs
and methods of disbursing information, such as the Immigration and Nationality Act, the Foreign

Affairs Manual, and United States Department of State ("Department of State") cables. Testimony as to how visas were processed at the U.S. Consulate in Toronto, Canada, in the time period relevant to the indictment will be provided by fact witnesses in the context of the background and standards discussed by Ms. Rupp.

Ms. Rupp is the Deputy Chief of the Post Liaison Division in the Office of Field Support in the Bureau of Consular Affairs at the United States Department of State ("State Department"). A copy of her resume is attached to this correspondence. Ms. Rupp's responsibilities include development of visa policy and procedural guidance for overseas posts, including official department guidance on establishing and monitoring referral programs and expedited programs, and regular briefings of all embassy personnel overseas on the policies and procedures pertaining to visas. She is the main point of contact on China and Southeast Asia, student and exchange visitor visa issues, and deportation and removals. She has held this position since August 2006. From August 2004 to August 2006, she was an instructor who taught and extensively updated the Non-Immigrant Visa Unit for post- 9/11 priorities. She taught passports, nationality, immigrant visas, and consular interviewing, which included detection of deception in visa applications and interviews.

In addition Ms. Rupp has worked as a Political/Economics Officer in St. Petersburg, Russia, a Political/Consular Officer in Accra, Ghana and a Consular/Commercial Officer in Chisinau, Moldova. Ms. Rupp received her Bachelor's Degree in Foreign Service from Georgetown University in 1995.

Ms. Rupp does not have any personal acquaintance or prior involvement with Defendant O'Keefe. In 2001, for a period of eight months, Ms. Rupp was supervised by Michael Schimmel in the Consular Section in Accra, Ghana. Mr. Schimmel subsequently went on to supervise Defendant O'Keefe as the Chief of the Non-Immigrant Visa Section in the Consular Section in Toronto, Canada.

Either Ms. Rupp, or another government witness, may testify about the rules pertaining to the permissibility of the acceptance of gifts and services by a foreign service officer.

Special Agent John Wilbur

In addition to his testimony as a fact witness pertaining to obtaining the emails off of the State Department hard drives and CDs provided by Yahoo, Special Agent John Wilbur will testify regarding the procedures, software, and methods he used to preserve the integrity, retrieve the information, and place these emails in a readable format.

Agent Wilbur is a Senior Special Agent with the Department of State's Bureau of Diplomatic Security, Computer Investigations and Forensics Branch. He has held this position since July 2005. As part of his duties, Agent Wilbur has conducted criminal investigations and recovered digital forensic evidence from a wide variety of media. He assists in writing search warrants that involve seizure of computers or other digital evidence. Agent Wilbur also provides

-2-

computer forensic support to the Department of State's Office of the Inspector General on cases involving such allegations as misconduct, waste, contract fraud, and abuse. He collects, images, verifies, and analyzes all forms of digital evidence using a variety of specialized software and techniques. Agent Wilbur has also graduated from the Seized Computer Evidence Recovery Specialist training program at the Federal Law Enforcement Training Center. A copy of his resume is attached to this correspondence.

Agent Wilbur was employed as a Senior Special Agent by the Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE"), Threat Management Branch, from June 2002 to July 2005. In this position, he coordinated criminal investigations between ICE headquarters and field offices nationwide. This included providing technical expertise on matters involving criminal investigations and computer forensics. From June 2002 to June 2004, he was a Special Agent in the ICE/Federal Protective Service Charlotte, North Carolina field office. In that capacity, Agent Wilbur conducted criminal investigations and was assigned part-time to the FBI Joint Terrorism Task Force ("JTTF"). His responsibilities included processing crime scenes for evidence, and seizure and forensic examination of computers and other digital evidence. From March 1993 to June 2002, Agent Wilbur was employed by the City of Pittsburgh, Pennsylvania as a police officer and detective. He has attended numerous training courses and has a Bachelor of Arts Degree in Criminal Justice from the University of Pittsburgh.

Agent Wilbur has no personal acquaintance or prior involvement with Defendant Michael O'Keefe.

John S. Weschler

John S. Weschler will testify about the jewelry given by Defendant Agrawal and STS Jewels, Inc. employees to Defendant O'Keefe, his wife, and to the female friends of Defendant O'Keefe. Specifically, Mr. Weschler will discuss the jewelry, including the stones and materials comprising them, and testify about the fair market value for this jewelry and the industry method for determining the fair market value of these items.

Mr Weschler is a professional gemologist and Director of the Jewelry Department for Adam A. Weschler and Son, Inc. Weschler's Auctioneers and Appraisers has been in operation since 1890. In 1979, Mr. Weschler received a B.A. in Business from Wheeling Jesuit University, Wheeling, West Virginia, and joined the Weschler firm. In 1987, he attended the Columbia School of Gemology. In 1985, he was named Secretary-Treasury of Weschler's, and in 1987, he became the Director of the Jewelry Department. A copy of his resume is attached to this correspondence. A copy of Mr. Weschler's valuation of the jewelry has previously been provided to you.

This is simply a summary of the possible subjects that the government anticipates these witnesses may testify to at the present time. Obviously, this summary may be modified to include additional relevant testimony in response to any defense your client may raise at trial.

Sincerely,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

*Brenda J. Johnson*

By:          Brenda J. Johnson
Denise Cheung
Assistant United States Attorneys
National Security Section

Attachments

-4-

Telephone:  703-302-6842
Fax:  703-302-6805
E-Mail:  ruppam@state.gov

## ABIGAIL MISCIAGNO RUPP

**Pay Plan/Grade:**      FS - 02

## Summary of Qualifications

I am currently the deputy in the Visa Office's Post Liaison office. I have served in Eastern Europe and West Africa, and taught in the Consular Training Division of the Foreign Service Institute. In my overseas tours, my portfolio included law enforcement, narcotics, NGOs, environmental issues, party politics, and elections.

## Professional Experience

**08/2006 - CA/VO/F/P - Deputy Chief**
Communicates visa policy to posts overseas and other agencies in Washington. Visa Office main point of contact on China and SE Asia, student and exchange visitor visa issues, and deportation and removals.

**08/2004 - FSI/SPAS/CON - Instructor**
Taught and extensively updated Non-Immigrant Visa Unit for post-9/11 priorities. Taught Passports and Nationality, Immigrant Visas, and Consular Interviewing, which teaches officers to detect deception.

**07/2002 - St. Petersburg, Russia - Pol/Econ Officer**
Covered issues in NW Russia including HIV/AIDS, environment, oil/gas, religious freedom, narcotics, regional and federal elections. Frequent regional travel. Managed 45 VIP visits; played key role in two POTUS visits.

**11/1999 — Accra, Ghana - Pol/Con Rotation**
Reported on religious freedom, press, and democracy issues. Reinvigorated post law enforcement assistance program. Organized Embassy election observation team, 2000. Served as IV Chief and then NIV/Anti-Fraud Chief.

**03/1998 — Chisinau, Moldova - Consular/Commercial Officer**
Sole consular officer at post and chief of commercial section. Established law enforcement training program through FBI, Treasury and other agencies. Observed and reported on local elections as part of OSCE team.

## Languages

| | Current FSI Scores | | High FSI Scores | |
|---|---|---|---|---|
| | SP / RD | Date | SP / RD | Date |
| Romanian | 3 / 3 | 12/1997 | 3 / 3 | 12/1997 |
| Russian | 3+ / 3 | 06/2002 | 3+ / 3 | 06/2002 |
| Spanish | 1+ / 1+ | 03/1997 | 1+ / 1+ | 03/1997 |

## Awards

| Description | Date |
|---|---|
| Honor - Merit w/Cash | 05/2006 |
| Honor - Merit w/Cash | 03/2004 |
| Honor - Superior | 10/2003 |
| Honor - Meritorious | 06/2001 |

## Education

| College/University | Degree | Year | Major |
|---|---|---|---|
| Georgetown University | BSFS | 1995 | Foreign Service |

## References

| Name | Office/Post | Telephone Number |
|---|---|---|
| Lisa Gamble Barker | Rome | 202-647-4000 |
| Karen Christensen | CA/VO/F/P | 202-663-1120 |
| Michael Klecheski | Moscow | 202-647-4000 |

Resume last updated 11/29/2006

NAME: John J. Wilbur

OBJECTIVE:

The objective of this resume is to demonstrate my skills and training as a criminal investigator. I currently have over 16 years of sworn law enforcement and investigative experience. I have served in local law enforcement as well as federal law enforcement. I have received specialized training at the Federal Law Enforcement Training Center, The FBI Academy and George Mason University in computer forensics I have served on several high profile task forces including, the FBI Joint Terrorism Task Force, the FBI High Technology Crimes Task Force and the US Marshal's Fugitive Task Force. I am currently a Special Agent (1811) with the U.S. Department of State, Bureau of Diplomatic Security, Computer Investigations and Forensics Branch.

EMPLOYMENT:

July 2005 to Present
U.S. Department of State
Washington, DC. 20522-1401
Position: Senior Special Agent (1811-GS-13)

I am currently a special agent/team leader with the US Department of State, Bureau of Diplomatic Security, Computer Investigations and Forensics Branch (CIF). I am considered a technical expert in the area of computer investigations and forensics. I conduct criminal and non-criminal investigations as well as digital forensic evidence recovery. I assist in the writing of search warrants that involve the seizure of computers or other digital devices. I accompany search warrant teams to search sites to recover digital evidence. I also provide computer forensic support to the US Department of State, Office of Inspector General on cases that involve misconduct, waste, contract fraud and abuse. This often involves imaging computers covertly, after normal working hours. My duties include collecting, imaging, verifying and analyzing all forms of digital evidence using a wide verity of specialized software and techniques. I have a strong background in computer forensics and have graduated from Seized Computer Evidence Recovery Specialist (SCERS) training program at the Federal Law Enforcement Training Center (FLETC).

June 2002 to July 2005
Department of Homeland Security, Bureau of Immigration and Customs Enforcement, Threat Management Branch, HQ
Washington DC. 20405
Position: Senior Special Agent (1811-GS-13)

From June 2004 trough July 2005, I served as a Senior Special Agent in the headquarters threat management branch of the U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Federal Protective Service (FPS). I was responsible for the coordination between field offices and headquarters on all significant

criminal investigations nationwide. This included providing technical expertise on matters involving criminal investigations and computer forensics. I coordinated closely on assignments with the ICE Office of Intelligence (OI). I also served as the ICE/FPS National System Control Officer (SCO) for the TECS (Treasury Enforcement Communications System) computer database. I provided administrative/technical support to ICE/FPS TECS users throughout the United States.

June 2002-June 2004: I served as a Special Agent (GS-12) in the ICE/FPS Charlotte (NC) field office. I performed criminal investigations, non-criminal investigations, and internal affairs investigations and provide protection to dignitaries as needed. I prepared criminal intelligence and threat assessment reports for federal facilities. I was assigned part-time to the FBI Joint Terrorism Task Force (JTTF). I independently planned and conducted investigations in violation of Title 18, United States Code. I would process crime scenes for evidence. This included the seizure and forensic examination of computers or other digital evidence.

March 1993 to June 2002
City of Pittsburgh
100 Grant St. 7th floor,
Pittsburgh, PA. 15219
Position: Police Detective.

From May 2000 until June 2002, I was assigned full time to the FBI's High Technology Crimes Task Force, operating out of the Pittsburgh FBI field office. I worked a wide verity of crimes, including financial fraud, wire/mail fraud, kidnapping, threats to government officials, theft of intellectual property, and Ebay type scams. After the 9/11 attacks I was assigned to work on the Joint Terrorism Task Force (JTTF) conducting computer forensic exams on potential terrorism cases.

In April 1997, I was temporarily assigned to the firearms tracking unit of the Pittsburgh Gun Task Force with the Pittsburgh Alcohol, Tobacco and Firearms (ATF) office. My duties were to investigate and track firearms used in crimes, then report how the firearm went from a legitimate sale to criminal activity.

From 1995 until May of 2000, I was assigned as a detective in a general investigations unit, working credit card and financial fraud crimes. My duties involved the detection, investigation and prosecution of persons involved in complex fraud schemes that often included the Internet.

From 1993 until 1995, my assignments included uniform duty, plain clothes surveillance, general patrol, community relations, incident reporting, arrest case management, the booking of prisoners, domestic conflict resolution, narcotics suppression, crime scene preservation and evidence collection.

## EDUCATION:

July 2005 to November 2005
Diplomatic Training Center
Dunn Loring, VA. 22027
Course of study: Diplomatic Security Investigation and Dignitary Protection.
Won the Academic Award of the class (BSAC-86).

August 2002 to October 2002
Federal Law Enforcement Training Center (FLETC)
Glynco, GA. 31524
Course of Study: Criminal Investigator Training Program (CITP-230).
Graduated with highest academic score of the class and a perfect score in driving.

August 2001 to 2002
American Military University
Manassas Park, VA. 20111
Course of study: Masters in Criminal Justice.
Received 9 credits to date.

January 1990 to March 1990
Allegheny County Police Academy.
Allison Park, PA. 15101
Course of study: PA Act 120 (Police Officer Basic Training)

September 1988 to June 1991
University of Pittsburgh (Main Campus)
Pittsburgh, PA.
Received a Bachelor of Arts Degree in Criminal Justice.

September 1986 to June 1988
Allegheny County Community College (CCAC)
Pittsburgh, PA. 15212.
Course of study: Criminal Justice.
Received 33 credits.

September 1982 to June 1986
David B. Oliver High School
Pittsburgh, PA. 15212
Course of study: Leadership development (JROTC)
Graduated with "Honors".


TRAINING COURSES:

WETSTONE/GARGOYLE "Stego forensic certification" 03-22-06
FLETC "Cyber Counter-Terrorism Investigations" 03-22-06
EnCASE: Guidance Software "EnCase Training", 01-21-06
DHS "Internal Security Coordinators Course" 05-09-05
DHS/CBP "TECS System Control Officer Course" 9-18-04
DHS/ICE "Treasury Enforcement Communications System (TECS) Database" 10-24-03
DEFENSE SECURITY SERVICE "Terrorism Awareness Training, Part 1" 4-11-03
US. MARSHAL'S SERVICE "Tactical Firearms Training" 4-9-03
NATIONAL WHITE COLLAR CRIME CENTER "Advanced Internet Evidence
Recovery" 1-23-03
UNIV. OF PITTSBURGH GRADUATE SCHOOL "Law Enforcement Technology" 4-
20-02
COMPUTER SECURITY INSTITUTE "Windows 2000 Security" 4-2-02
FBI ACADEMY "Unix For Investigators, Part 1" 1-18-02
FEDERAL LAW ENFORCEMENT TRAINING CENTER "SCERS" Cert. Course" 10-
27-01
GEORGE MASON UNIVERSITY "2001 GMU Computer Conference" 8-16-01
NATIONAL WHITE COLLAR CRIME CENTER "Advanced Data Recovery" 3-2-01
FBI ACADEMY, "Unix Logs" Beta Class  1-18-01
DCITP "Incident Preparation & Response for Windows NT" 12-8-00
IAFCI "Computer Crimes Seminar" 11-30-00
DEFENSE INFORMATION SECURITY AGENCY "PKI Public Key Infrastructure"
11-8-00
SUN MICROSYSTEMS "Solaris Security For Agents" 9-22-00
PITTSBURGH BUREAU OF POLICE "Tactical Handcuffing" 9-20-00
INTERNET SECURITY SYSTEMS (ISS) "Defeating Back Orifice 2000" 11-18-00
DEPARTMENT OF JUSTICE "Crimes Against Children" Seminar 11-7-00
DEFENSE INFORMATION SYSTEMS AGENCY "Operational Information Security
II" 7-21-00
DEFENSE INFORMATION SYSTEMS AGENCY "Operational Information Security I"
7-20-00
DEPARTMENT OF JUSTICE "Cyber Crime" Conference 6-20-00
FBI ACADEMY, "Computer Search & Seizure" 6-15-00
ICISF "Crisis Intervention" 6-9-00
DEFENSE INFORMATION SYSTEMS AGENCY "INFOSEC Awareness" 5-18-00

THE MULTI-JURISDICTIONAL DRUG TASK-FORCE "International Money
Laundering" 5-3-00
NADDI "Pharmaceutical Drug Diversion and Fraud Investigations" 4-28-00
ICISF "Suicide Prevention & Intervention" 1-22-00
NATIONAL WHITE COLLAR CRIME CENTER "Basic Data Recovery & Analysis"
1-17-00
DEPARTMENT OF JUSTICE "Computer Crimes Awareness" Conference 11-3-99
ICISF "Stress Treatment for Police and Trauma Providers" 10-22-99
PA TRAINING AGENCY "Investigating Computer Crimes" 9-9-99
IAFCI/US POSTAL INSPECTION SERVICE "Financial Crimes Seminar" 6-5-99
DEPARTMENT OF JUSTICE "Computer Crimes Awareness" Conference 1-15-99
AT&T "Telecommunications and Cellular Fraud" 3-12-98
PITTSBURGH BUREAU OF POLICE "Latent Fingerprint Course" 2-11-98
FBI "Combating High Tech Crime" 9-10-97

Case 1:06-cr-00249-PLF-JMF    Document 35-5    Filed 01/30/2007    Page 13 of 13



# WESCHLER'S
### Auctioneers and Appraisers Since 1890

## STATEMENT OF QUALIFICATIONS

### JOHN S. WESCHLER

1979 – Attended Wheeling Jesuit University, Wheeling, WV., B.A. in Business
1979 – Joined the firm of Adam A. Weschler & Son, Inc.
1987 – Attended Columbia School of Gemology
1985 – Named Secretary-Treasury
1987 – Named Director of Jewelry Department

## REFERENCES

### BANKS

SunTrust Bank
Riggs Bank
Marshall National Bank

Bank of America
Branch Banking & Trust
Wachovia

### LAW FIRMS

Arent, Fox, Kintner, Plotkin & Kahn (D.C.)
Arnold & Porter (D.C.)
Cottone & Esposito (D.C.)
Covington & Burling (D.C.)
Craighill, Mayfield, Fenwick, Cromelin & Cobb(D.C.)
Dickstein, Shapiro & Morin (D.C.)
Gorman & Gorman (MD)
Manning & Murray (VA)
Venable, Baetjer & Howard (VA)

Ogilby, Huhn & Barr (D.C.)
Quinn & Racusin (D.C.)
Reasoner, Davis & Fox (D.C.)
Renee Isla Fox (D.C. and MD)
Shoun, Smith & Bach (VA)
Spencer, Graham & Holderman (D.C.)
Stohlman, Beuchert, Egan & Smith (D.C.)
Miles & Stockbridge (MD and VA)
McGuire, Woods, Battle & Boothe (VA)

### OTHER

Federal Deposit Insurance Corporation (FDIC)
Federal Trade Commission (FTC)

Internal Revenue Service (IRS)
Security Storage Company