Posted ON 30/10/04

# Hollywood's go-to guy

### In L.A., this Bay Street lawyer's name is on everyone's speed dial, writes BEPPI CROSARIOL

**BEPPI CROSARIOL**

Keira Knightley is biting her nails. The comely young actress who lit up the screen in *Bend It Like Beckham* and *Pirates of the Caribbean* also happens to be battling a bad case of bed head as she fidgets silently in a reception area on the 47th floor of Toronto's Scotiabank tower.

To the unwitting suits who trickle in and out, the lanky 19-year-old -- dressed in red Puma track shoes, black bellbottoms and an oversized knit cardigan that only partly conceals her celebrated midriff -- could well be a wayward mall rat from the nearby Eaton Centre. Nary a passing glance shoots her way for the better part of 15 minutes.

"Ms. Knightley?" inquires a tall blond woman eventually, in a voice that's all business. "You're here for Mr. Trister? This way."

Ms. Knightley has come to see Benjamin Trister, national co-ordinator of the business-immigration practice group at Borden Ladner Gervais LLP, a top Bay Street law firm. She has just flown in from London en route to Los Angeles to work on the Tony Scott feature *Domino* with Lucy Liu. Which may explain the nail biting.

Production has already begun, and Ms. Knightley, a British citizen, urgently needs a U.S. visa to cross the border in time to make the first day of shooting. Back in London, the paperwork might have taken weeks to clear. Here in Toronto, she'll be in and out of the U.S. consulate and zipping back to the airport by 3:30 p.m. if all goes well today. And it does.

Meet Ben Trister, immigration lawyer to the stars. As a sideline to his main work expediting staff transfers for blue-chip multinational companies, Mr. Trister has over the past decade carved out a rarefied niche procuring while-you-wait visas for a formidable roster of Hollywood's A-list: Angelina Jolie, Halle Berry, Russell Crowe, Elizabeth Hurley, Penelope Cruz, Sir Ian McKellen, Julie Andrews and Roger Moore have all been clients.

"I've been told that my name gets mentioned at parties in L.A. quite a bit," says the compact 44-year-old. "I think it's fair to say that in the fame industry, they all see me as the guy, the specialist in entertainment-related immigration."

Case 1:06-cr-00249-PLF-JMF    Document 35-6    Filed 01/30/2007    Page 2 of 4

Shuttling to and from the nearby U.S. consulate on University Avenue -- sometimes even playing lead-footed airport chauffeur in his $350,000 Aston Martin Vanquish -- Mr. Trister, himself a community-theatre song-and-dance man in his spare time, clearly relishes the role.

"It's funny to have James Bond in your car and to know that you drive an Aston and he drives a Volvo," he says of Mr. Moore's career-defining role. "Occasionally, I have these surreal moments like that."

The secret to Mr. Trister's Hollywood speed-dial status is his long-standing relationship with U.S. immigration officials in Toronto. It is a rule of immigration law that foreigners seeking work visas in a country must apply from outside. The local consulate, besides its handy proximity to the U.S. border, has adopted an express-lane approach to film productions. And the exceedingly personable and accomplished Mr. Trister, cited as the leading lawyer in his field by both the Canadian law-industry magazine Lexpert and American Lawyer Media, is, one could say, the Steven Spielberg of his profession.

"Consulates do need to recognize the economic interests of a country, but not all consulates do to the same degree," he says. "This consulate, because it sees so much film work, has a unique understanding."

The building has even been known to keep its doors open late to accommodate Mr. Trister's emergency cases. Recently, Irish bad boy Colin Farrell showed up at Mr. Trister's door for a quickie visa to secure a part on the Oliver Stone epic *Alexander*. But there was a wee glitch in the paperwork: Mr. Farrell not only needed a visa but also had unwittingly entered Canada with an expired passport.

"So I had to arrange for Colin to get on the 12 o'clock flight to Ottawa to see the Irish authorities to get his passport," Mr. Trister recalls. "I said to him, 'Colin, when you get off the plane, run, do not walk, because you have to be on the 2 o'clock flight back.' "

Alas, the 2 p.m. was full, which pushed back his departure until the next plane at 3 p.m. "He gets into my car at 4:30 on a Friday afternoon with his new passport and we hadn't even submitted his visa application yet," Mr. Trister says. "The consulate closes in 22 minutes. So I'm flying down the Gardiner in my car and I call the consulate up and they kept it open. We got there at 10 past 5 and they gave him his visa."

Mr. Trister says, however, that he has never asked for a personal favour to cut corners on requisite background checks. "Immigration is the great equalizer," he says. "At the end of the day, you get run through the same meat grinder. . . . It's their call, not mine."

Even many foreigners already in the United States looking to jump from one U.S. project to the next will call on Mr. Trister for help.

"If you have an actor who's Australian, instead of flying him back to Australia, where that's a two-day trip each way, you fly them from California to Toronto and it's one day," says Sherman Kaplan, an immigration attorney in California who specializes in the entertainment industry. "Most of the people you talk to, they all know Ben."

It was Mr. Kaplan, in fact, who recommended Mr. Trister to Ms. Knightley. "Ben is the lucky one," he says. "I don't normally get to meet most of the people. He's met quite a few I wish I could meet."

Mr. Trister says he doesn't actively market himself, but Hollywood's famous word of mouth travels fast at parties, especially when it comes to plastic surgeons and lawyers. He is now sought after by most of the big studios, such as Miramax, MGM and Paramount, and talent agencies, such as Creative Artists Agency, William Morris and International Creative Management.

Mr. Trister's big Hollywood break came 10 years ago with the otherwise forgettable Demi Moore vehicle *The Scarlet Letter*, shot in Nova Scotia. The fisheries industry had just collapsed and the lone federal Human Resources Development officer in the area was drowning in paperwork for scores of out-of-work fishermen. Director Roland Joffe needed to clear the entire international crew for the project, which was stuck in Los Angeles. He was referred to Mr. Trister by Baker & McKenzie, the huge U.S. law firm where Mr. Trister started his career as its Canadian immigration lawyer.

Mr. Trister called his contacts in Ottawa, seizing on a legal provision that awarded fast-track exemptions to "business people."

"I said, 'Hey, just because they work in the film industry doesn't mean they're not business people,' " Mr. Trister recalls. "And the government agreed, and I got over 150 work permits for that movie. I got these exemptions applied for the first time in the film industry. At the end of the movie, there's a special thanks to me."

Mr. Trister's entertainment credits aren't confined to his legal accomplishments. A part-time actor for most of his life, he was in various Canadian TV movies and commercials from the age of 6 to 16 and is now active as an actor and producer in community-theatre musicals. His latest starring role came in February, when he played Benny Southstreet in Music Theatre Etobicoke's *Guys and Dolls*.

He's also on the boards of several Toronto theatre organizations, including the Canadian Stage Company and the St. Lawrence Centre

for the Performing Arts.

Despite his fondness for actors, he holds to a strict policy of never asking for autographs. "I want them to know that I'm as good at what I do as they are at what they do."

And he insists on treating them like any other client. "Typically, I keep them waiting a little bit just so they know that we're not going to fawn all over them."

Ms. Knightley can attest to that.

**Accessing Your Pay-Per-View Articles**

This article is available for you through the Member Centre 30 days after it was ordered. Look for "Hollywood's go-to guy" listed within your Member Centre's Pay-Per-View article archive.

You may also print this article using the **Print this article** link on this page, or through the printing option found within your Web browser.
© Copyright 2006 Bell Globemedia Publishing Inc. All Rights Reserved.

globeandmail.com and The Globe and Mail are divisions of Bell Globemedia Publishing Inc., 444 Fro
Canada M5V 2S9
Phillip Crawley, Publisher