

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>1501 K STREET, N.W.<br>WASHINGTON, D.C. 20005<br>(202) 736 8000<br>(202) 736 8711 FAX | BEIJING    GENEVA    SAN FRANCISCO<br>BRUSSELS   HONG KONG  SHANGHAI<br>CHICAGO    LONDON    SINGAPORE<br>DALLAS     LOS ANGELES TOKYO<br>FRANKFURT  NEW YORK  WASHINGTON, DC |
| tcgreen@sidley.com<br>(202) 736-8069 | FOUNDED 1866 |

January 5, 2007

**By E-mail**

Brenda J. Johnson
Assistant United States Attorney
555 Fourth Street, N.W.
Room 11-441
Washington, D.C. 20530

      Re:    <u>United States v. O'Keefe and Agrawal, No. 1:06-cr-00249-PLF</u>

Dear Brenda:

      I am writing to supplement our original discovery request letter, which was dated December 22, 2006.

      **1.**    **Discovery that is Material to Preparing the Defense**. Pursuant to Rule 16(a)(1)(E), we request that the government make available any unproduced "books, papers, documents, data, photographs, tangible objects .. or copies or portions of any of these items" (hereinafter "Items") that are responsive to the requests below.

      Items responsive to the following requests are material to the preparation of defendant Agrawal's defense because the government's entire case centers around allegedly improper expedited visa appointment requests. There is a strong indication that the requested Items will play an important role in uncovering admissible evidence, uncovering the identity of potential witnesses, aiding witness preparation, corroborating testimony, and providing evidence for impeachment or rebuttal. *See United States v. Lloyd*, 992 F.2d 348, 351 (D.C. Cir. 1993). The relevant time period covered by the discovery requests is January 1, 2004 through the Present.

      More specifically, in addition to our December 22, 2006 requests, we request:

      **(a)**    All Items, including but not limited to, emails, faxes, letters, notes, memoranda, or other correspondence directed to any government employee, related to requests for expedited visa interview appointments for class B, F, H, L, M, O or P visas made by any corporation, company, or individual to the following United States embassies and/or consulates: Montreal, Canada; Ottawa, Canada; Quebec City, Canada; Toronto, Canada; Vancouver, Canada; Winnipeg, Canada; Mexico City, Mexico; Ciudad Juarez, Mexico; Guadalajara, Mexico; Hermosillo, Mexico; Matamoros, Mexico;

**SIDLEY**

Brenda Johnson
January 5, 2007
Page 2

Monterrey, Mexico; Nogales, Mexico; Nuevo Laredo, Mexico; Puerto Vallarta, Mexico; and Tijuana, Mexico.

This request specifically includes, but is not limited to, all communications regarding or pertaining to the Items specified in the previous paragraph which were sent to or from any email address, and in particular, the following email addresses and/or other associated email addresses:

Montreal-NIV@state.gov (Montreal, Canada)
ottawaemergencyapp@state.gov (Ottawa Canada)
quebecniv@state.gov (Quebec City, Canada)
TorontoEmpNIV@state.gov (Toronto, Canada)
Vancouverniv@state.gov (Vancouver, Canada)
cdjnivs@state.gov (Ciudad Juarez, Mexico)
visasgdl@state.gov (Guadalajara, Mexico)
hermoniv@state.gov (Hermosillo, Mexico)
Consularmatamo@state.gov (Matamoros, Mexico)
mercons@prodigy.net.mx (Merida, Mexico)
VisaMexicoEmergencia@state.gov (Mexico City, Mexico)
MonterreyEmergencias@state.gov (Monterrey, Mexico)
nogales7@prodigy.net.mx (Nogales, Mexico)
NVLVisas@state.gov (Nuevo Laredo, Mexico)
TijuanaEmergencies@state.gov (Tijuana, Mexico)

This request also includes, but is not limited to, all facsimile transmissions regarding or pertaining to the Items specified in the previous paragraph which were sent to or from any fax number, and in particular, the following fax numbers:

613-688-3082 (Ottawa, Canada)
403-263-2241 (Calgary, Canada)
514-908-3700 (Montreal, Canada)
418-692-4640 (Quebec City, Canada)
416-595-5466 (Toronto, Canada)
604-685-7175 (Vancouver, Canada)

(b) All Items related to the government's responses to requests for expedited visa interview appointments identified in subsection (a), whether sent to the person requesting expedited processing or to any corporation, company, or third party, and without regard to which consular officer(s) handled the request.

**SIDLEY**

Brenda Johnson
January 5, 2007
Page 3

(c) All Items, including but not limited to autographs, photographs, electronic images, media files, memorabilia of any kind or thing of value, given to or received by any employee of the U.S. Consulate in Toronto, Canada, from any individual including any entertainment, television, movie, music, sports or other celebrity who requested any visa or submitted a request for an expedited visa interview appointment. This request specifically includes but is not limited to all autographs, photographs, electronic images or media files, memorabilia of any kind or thing of value, that were provided to or received by Michael Schimmel and/or any other consular official or employee of the Toronto Consulate.

(d) All Items related to the Department of State's investigation into allegations regarding the tanzanite industry which were raised by the Wall Street Journal article, *Bought, Sold by Militants Near Mine, Tanzanite Ends Up at Mideast Souks* (November 16, 2001).

We look forward to your prompt response.

Sincerely,

Thomas C. Green

cc: Sunil Agrawal

DC1 905467v.1