**U.S. Department of Justice**

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

December 7, 2006

<u>BY HAND DELIVERY</u>

Bernard S. Grimm, Esquire           Thomas C. Green, Esquire
503 D Street, N.W.                  Sidley Austin LLP
Suite 250                           1501 K Street, N.W.
Washington, D.C. 20001              Washington, D.C. 20005

    Re:  <u>United States v. Michael John O'Keefe, Sr. and Sunil Agrawal,</u>
        Criminal No. 06-249 (PLF)

Dear Mr. Grimm and Mr. Green:

    This letter is in response to your discovery requests pursuant to Rule 16 of the Federal Rules of Criminal Procedure in the above-captioned matter and to supplement materials that have already been provided to you by the government. The following items are enclosed pursuant to your requests:

1. A DVD containing emails and pictures recovered from the U.S. States Department computer profile "Okeefemj." In addition, the DVD contains emails and an address book for Yahoo/Rogers account mikeokeefe@rogers.com.
2. Copies of 4 photographs taken outside The Brass Rail in Toronto.
3. Copies of American Express bills of Sunil Agrawal of STS Jewels, Inc. ("STS") from January 2002 to June 2006.
4. Diagram of the Consular Section in Toronto.
5. Photographs of the Consular Section in Toronto.
6. Copy of the Blue sheet used to schedule expedited appointments.
7. Copies of photographs taken on trip to New York.
8. Copies of fax communications from Sunil Agrawal to Michael O'Keefe with fax receipt dates of April 6, 2006; February 9, 2006; March 29, 2006; September 30, 2005; September 6, 2005; July 27, 2005.
9. On October 12, 2005, a visa was issued to Aseem Sharma, an STS Jewels sponsored person, by a consular officer other than Defendant O'Keefe. The issuance was mentioned in an email from Defendant O'Keefe to

- ❑ **NEED APPOINTMENT**

- ❑ **OKAY TO WAIVE APPOINTMENT FOR ROOM 16**

- ❑ **OKAY TO WAIVE APPOINTMENT FOR SOUTH NIV**

- ❑ **SAME DAY SERVICE**

- ❑ **REGRETS**

- ❑ **OTHER:** _____
  _____