IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No 1:06-cr-00249-PLF |
| ) | |
| MICHAEL JOHN O'KEEFE, SR. and ) | |
| SUNIL AGRAWAL, ) | |
| ) | |
| Defendants. ) | |

### JOINT MOTION FOR A CONTINUANCE

The parties in the above captioned matter respectfully move for a continuance of the hearing on defendants' motions to compel (which is currently set for Friday, February 2, 2007) until February 14, 2007 at 9:45 a.m. The parties understand from the Court's clerk that this date/time is currently available for a hearing. A continuance will allow the parties to fully prepare for and address the issues presented in defendants' motions.

In addition, the parties agree to, and further move the Court to, suspend the scheduling order and all deadlines currently in effect for the above captioned matter. A revised scheduling order can be set in conjunction with the hearing on February 14, 2007 and/or pending resolution of the discovery disputes.

Accordingly, the parties respectfully request that the Court grant the requested continuance and suspend the current scheduling order. A proposed order is attached.

Respectfully submitted,

_____/s/_____
Thomas C. Green (D.C. Bar #14998)
Mark D. Hopson (D.C. Bar #394338)
Juan P. Morillo (D.C. Bar #475196)
David J. Ludlow (D.C. Bar #489136)
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000
(202) 736-8711 (fax)
*Counsel for Defendant Sunil Agrawal*


_____/s/_____
Bernard S. Grimm
LAW OFFICES OF BERNARD S. GRIMM
503 D Street, NW
Suite 250
Washington, DC 20001
(202) 371-0300
(202) 986-5475 (fax)
*Counsel for Defendant Michael John O'Keefe*


_____/s/_____
Brenda J. Johnson
Denise Cheung
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Room 11-441
Washington, DC 20530
(202) 353-4154
(202) 307-6059 (fax)

Dated: January 31, 2007