IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                          )<br>               v.                                         )   Criminal Case No 1:06-cr-00249-PLF<br>                                                          )<br>MICHAEL JOHN O'KEEFE, SR. and  )<br>SUNIL AGRAWAL,                             )<br>                                                          )<br>               Defendants.                        ) | |

## PROPOSED ORDER

Upon consideration of the parties' Joint Motion for a Continuance, it is hereby

ORDERED that the Motion for a Continuance is GRANTED; it is

FURTHER ORDERED that the hearing on defendants' motions to compel is hereby set for February 14, 2007 at 9:45 a.m; it is

FURTHER ORDERED that the scheduling order and all deadlines currently in effect for the above captioned matter are hereby suspended pending further order.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge