IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-249 (PLF)** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL JOHN O'KEEFE, Sr. and** | : | |
| **SUNIL AGRAWAL,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Upon careful consideration of Defendant Agrawal's motion to compel discovery and the government's 0pposition thereto, and arguments thereupon, the Court hereby

ORDERS that the Motion to Compel Discovery is Denied.

SO ORDERED, this _____ day of _____, 2007.

_____
THE HONORABLE PAUL L. FRIEDMAN
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Serve:  Brenda J. Johnson                          Thomas C. Green, Esq.
        Denise Cheung                              Mark D. Hopson, Esq.
        Assistant United States Attorneys          Juan P. Morillo, Esq.
        National Security Section                  David J. Ludlow, Esq.
        United States Attorney's Office            Sidley Austin LLP
        555 4th Street, NW                         1501 K Street, N.W.
        Washington, D.C. 20001                     Washington, D.C. 20005

        Bernard S. Grimm, Esq.
        503 D Street, NW
        Suite 250
        Washington, D.C. 20001