# EXHIBIT 1

I. **MR. AGRAWAL'S DECEMBER 22, 2006 UNRESOLVED DISCOVERY REQUESTS**

| No. | Subject of Request | Government's Response | Status |
|---|---|---|---|
| 3(b) | Visa documents related to STS Jewels employees. | The government asserts that it has produced all responsive material regarding STS Jewels employees that applied for visas at the Toronto consulate between January 1, 2004 and August 2006. *See* 1/23/07 Ltr., at 5. The government asserts that other information is not material or relevant and production would be burdensome and/or barred by law. *See id*. | *Unresolved; the government has produced a subset of the documents requested.* |
| 3(d) | Requests for expedited visa interview appointments. | The government asserts that responsive information "may or may not" be available and is otherwise immaterial, irrelevant, and imposes a high production burden. *See* 1/23/07 Ltr., at 6. | *Unresolved; nothing produced.* |
| 3(e) | Responses to requests for expedited visa interview appointments identified in 3(d). | Same as 3(d). | *Unresolved; nothing produced.* |
| 3(f) | Names of companies and individuals that received expedited visa interview appointments in Mexico and/or Canada. | The government asserts that this information is irrelevant, immaterial, and virtually impossible to locate. *See* 1/23/07 Ltr., at 6-7. | *Unresolved; nothing produced.* |

II. **MR. AGRAWAL'S JANUARY 5, 2007 UNRESOLVED DISCOVERY REQUESTS**

| No. | Subject of Request | Government's Response | Status |
|---|---|---|---|
| 1(a) | Requests for expedited visa interview appointments from embassies and consulates in Canada and Mexico to which STS Jewels employees could have applied. | The government asserts that responsive information "may or may not" be available and is otherwise immaterial, irrelevant, and imposes a high production burden. *See* 1/23/07 Ltr., at 8-9. | *Unresolved; nothing produced.* |

| No. | Subject of Request | Government's Response | Status |
|---|---|---|---|
| 1(b) | Responses to requests for expedited visa interview appointments identified in 1(a). | Same as 1(a). *See* 1/23/07 Ltr., at 10. | *Unresolved; nothing produced.* |
| 1(c) | Items provided to or received by consular employees in Toronto from well-known media or sports personalities in connection with expedited visa interview appointments. | The government asserts that this information is not relevant or material. *See* 1/23/07 Ltr., at 10. | *Unresolved; nothing produced.* |
| 1(d) | Information regarding the Department of State's 2001-2002 investigation into the tanzanite industry. | The government asserts that this information is not relevant or material. *See* 1/23/07 Ltr., at 10. | *Unresolved; nothing produced.* |