IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA,                :
:
v.                                       : Criminal Case Number:
:
MICHAEL JOHN O'KEEFE, Sr.,               : 1:06-cr-00249-PLF
SUNIL AGRAWAL,                           :
:
Defendants.                    :
:
:
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**NOTICE OF APPEARANCE**

Please enter the appearance of David J. Ludlow as retained counsel of record for Defendant Sunil Agrawal in the above-captioned matter.

Respectfully submitted,

_____/s/_____
David J. Ludlow (D.C. Bar #489136)
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000
(202) 736-8711 (fax)

Dated:  March 20, 2006