IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal Case No 1:06-cr-00249-PLF |
| MICHAEL JOHN O'KEEFE, SR. and SUNIL AGRAWAL, | ) |
| Defendants. | ) |

**JOINT MOTION FOR A CONTINUANCE**

The parties in the above captioned matter respectfully move for a continuance of the May 4, 2007 deadline to file a scheduling order until May 15, 2007.

In particular, the government is still assessing the amount of time the respective consulates and embassies will need to comply with the Court's April 27, 2007 Memorandum Opinion and Order ("Order"). The additional time provided by a continuance will allow the government to discuss additional logistical issues with the consulates and embassies and form a better understanding of how long it will take to locate, review, and produce the ordered discovery to defendants.

Moreover, the continuance is pragmatic from defendants' perspective because Mr. Agrawal and Mr. O'Keefe want an opportunity to inspect and review all documents the government will produce pursuant to the Court's Order *before* they file any dispositive motions. Thus, as a practical matter, a pre-trial schedule cannot be set until the government tells defendants how long it will take to comply with the Order. Once a production time frame is reasonably determined, the parties will be able to easily extrapolate and propose a new pre-trial schedule.

Nevertheless, at this stage, the parties do agree that the currently scheduled trial dates of June 19-26, 2007 are not feasible. It will be impossible for the government to comply with the Order and to complete the other pre-trial events before these dates. The parties therefore request that the Court continue the trial to a date to be determined as part of the proposed scheduling order to be filed on May 15, 2007.

Accordingly, the parties respectfully request that the Court grant the requested continuance to file the scheduling order and continue the trial date.

Respectfully submitted,

_____/s/_____
Thomas C. Green (D.C. Bar #14998)
Mark D. Hopson (D.C. Bar #394338)
Juan P. Morillo (D.C. Bar #475196)
David J. Ludlow (D.C. Bar #489136)
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000
(202) 736-8711 (fax)
*Counsel for Defendant Sunil Agrawal*

_____/s/_____
Bernard S. Grimm
LAW OFFICES OF BERNARD S. GRIMM
503 D Street, NW
Suite 250
Washington, DC 20001
(202) 371-0300
(202) 986-5475 (fax)
*Counsel for Defendant Michael John O'Keefe*

_____/s/_____
Brenda J. Johnson
Denise Cheung
U.S. ATTORNEY'S OFFICE

555 Fourth Street, NW
Room 11-441
Washington, DC 20530
(202) 353-4154
(202) 307-6059 (fax)

Dated: May 4, 2007