## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No 1:06-cr-00249-PLF |
| ) | |
| MICHAEL JOHN O'KEEFE, SR. and ) | |
| SUNIL AGRAWAL, ) | |
| ) | |
| Defendants. ) | |

## PROPOSED ORDER

Upon consideration of the parties' Joint Motion for a Continuance, it is hereby

ORDERED that the Motion for a Continuance is GRANTED; it is

FURTHER ORDERED that the deadline to file a scheduling order is continued until May 15, 2007; it is

FURTHER ORDERED that the trial date is continued and will be reset in conjunction with the proposed scheduling order to be submitted on May 15, 2007.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge