IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Case No.: 06-249 (PLF) |
| | : | |
| v. | : | |
| | : | |
| MICHAEL JOHN O'KEEFE, SR. | : | |
| SUNIL AGRAWAL | : | |
| | : | |
| Defendants | : | |

### NOTICE TO THE COURT

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully submits copies of the attached letters which, along with the Court's April 27, 2007, Memorandum Opinion and Order, will be sent to the United States Department of State today in compliance with the Court's Order. Counsel for both defendants have approved of the content and language of the letters.

                                                Respectfully submitted,

                                                Jeffrey A. Taylor
                                                UNITED STATES ATTORNEY

By: _____
       Brenda J. Johnson
       Denise Cheung
       Assistant United States Attorneys
       National Security Section
       United States Attorney's Office
       555 4th Street, N.W. – 11th floor
       Washington, D.C.  20530
       202/307-6059 fax