IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL JOHN O'KEEFE, SR. and<br>SUNIL AGRAWAL,<br><br>Defendants. | Criminal Case No 1:06-cr-00249-PLF |

**PROPOSED SCHEDULING ORDER**

Upon consideration of the parties' joint motion for a scheduling order, it is hereby

ORDERED that the following schedule will govern this action:

| **Event** | **Date / Deadline** |
|---|---|
| 1. Status conference | June 19, 2007 at 10:00 a.m. |
| 2. Government file documents <u>Ex Parte</u> for review by Court | August 6, 2007 |
| 3. Court Issues Protective Order for Discovery Documents | August 17, 2007 |
| 4. Government provides defense with documents | August 20, 2007 |
| 5. **All substantive and/or dispositive motions filed** | September 10, 2007 |
| Opposition memoranda filed | September 24, 2007 |
| Reply memoranda filed | September 28, 2007 |
| Substantive/dispositive motions hearing | October 12, 2007 |

2

6. Government shall make **disclosures under Rule 16(a)(1)(G)** of the Federal Rules of Criminal Procedure and shall deliver written summary of testimony and qualifications of any expert witness    July 9, 2007

7. Defendants shall make expert **disclosures under Rule 16(b)(1)(C)** of the Federal Rules of Criminal Procedure and shall deliver written summary of testimony and qualifications of any expert witness    July 23, 2007

8. Parties shall file with the Court brief summary of expert witness qualifications and summary of expert testimony for each proposed expert witness, not to exceed 5 pages    August 3, 2007

3

9. **All *in limine* (including *Daubert* motions) and other pretrial motions filed**     September 12, 2007

   Opposition memoranda filed     September 25, 2007

   Reply memoranda filed     October 5, 2007

   *In limine* (including *Daubert* hearing, if necessary) and other pretrial motions hearing     October 11, 2007

10. Parties shall jointly advise chambers what size jury panel they agree is appropriate and whether they would like to have oral voir dire or a written questionnaire followed by follow-up questions     October 4, 2007

11. Government and defense shall submit proposed voir dire questions or a proposed written questionnaire (as appropriate) and proposed jury instructions to the Court, indicating any unresolvable areas of disagreement     October 15, 2007

12. **Final pretrial conference** in Courtroom 29A to resolve all remaining pretrial matters     October 17, 2007 at 9:30 a.m.

13. **Trial begins.** Voir dire will commence beginning at 9:30 a.m. in Courtroom No. 29A, and will continue until completed. Counsel should be prepared to deliver their opening statements on the morning of October 24, 2007, beginning at 9:30 a.m.     October 23, 2007

SO ORDERED.

_____
DATE:                                PAUL L. FRIEDMAN
                                          United States District Judge

DC1 893933v.1