**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> MICHAEL JOHN O'KEEFE, SR. and ) <br> SUNIL AGRAWAL, ) <br> ) <br> Defendants. ) | Criminal Case No 1:06-cr-00249-PLF |

**DEFENDANTS' JOINT MOTION FOR LEAVE**
**TO TAKE FOREIGN DISCOVERY AND FOR**
**ISSUANCE OF A LETTER ROGATORY**

Pursuant to Federal Rule of Criminal Procedure 15, defendants, through undersigned counsel, hereby move the Court for leave to take foreign discovery in Toronto, Canada from the persons listed in **Exhibit 1**, and request that the Court issue a letter rogatory to the Canadian courts so that the requested discovery may be obtained in accordance with 28 U.S.C. § 1781 and the sovereign rights of Canada.

Exceptional circumstances exist and it is in the interest of justice to grant defendants leave to take foreign discovery because the testimony sought from Canadian citizens pursuant to the proposed letter rogatory (**Exhibit 2**) is essential to the defense and otherwise unavailable.

A proposed Order is attached.

Dated: July 28, 2007                    Respectfully submitted

                          _____/s/_____
Thomas C. Green (D.C. Bar #14998)
Mark D. Hopson (D.C. Bar #394338)
David J. Ludlow (D.C. Bar #489136)
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000
(202) 736-8711 (fax)

*Counsel for Sunil Agrawal*

                          _____/s/_____
Bernard S. Grimm
LAW OFFICES OF BERNARD S. GRIMM
503 D Street, NW
Suite 250
Washington, DC 20001
(202) 371-0300
(202) 986-5475 (fax)

*Counsel for Defendant Michael John O'Keefe*