

**U.S. Department of Justice**

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

April 13, 2007

<u>BY HAND DELIVERY</u>

Bernard S. Grimm, Esquire
503 D Street, N.W.
Suite 250
Washington, D.C. 20001

Thomas C. Green, Esquire
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005

Re:  <u>United States v. Michael John O'Keefe, Sr. and Sunil Agrawal,</u>
Criminal No. 06-249 (PLF)

Dear Mr. Grimm and Mr. Green:

This letter is in response to your previous discovery requests for data on expedited appointments in Toronto.

In a March 21, 2007 correspondence, the government provided you with a redacted copy of an unofficial Non-Immigrant Visa calendar (hereinafter "NIV outlook calendar") maintained by Toronto employees beginning on October 31, 2005. This calendar contained entries entered by Ms. Pat Haye, as well as Ms. Jane Boyd, who dealt with the following types of cases: special interest cases, including cases involving members of foreign missions and consulates and O and P visa applicants, and Canadian citizens applying for A and G visas. The chief of the NIV section would make the determination as to which cases were special interest and therefore handled by Ms. Boyd for screening. All of the cases handled by Ms. Boyd were adjudicated by a consular officer. It should be noted that the NIV outlook calendar contains a number of duplicate entries under different dates. For example, a person may have been listed daily in the NIV outlook calendar for a couple of weeks until that person actually came in for an appointment.

Although the Department of State does not maintain data on the number of expedited appointments, the government also recently learned that some information regarding the scheduling of expedited appointments can be tracked by NuComm International, an outsource call center that obtained the contract for scheduling non-immigrant visa appointments in Canada beginning December 12, 2005. On March 23, 2006, NuComm instituted a mechanism in its electronic scheduling system which allows the company to determine which appointments were submitted as expedited appointments by the consulate in Toronto.

Enclosed is a redacted copy of NuComm's records of expedited appointments (hereinafter "NuComm calendar") scheduled in Toronto from April 20, 2006 to April 2, 2007.[1] The attached NuComm calendar sets forth 1,938 listings. Notably, the listed appointments in the NuComm calendar contain multiple repeated entries.

Once this process of listing expedited appointments from the consulate started, the information provided after March 21, 2007 on the NIV outlook calendar in Toronto for the most part only contained special interest cases. In an attempt to compare the NIV outlook calendar and the NuComm calendar against one another, government counsel ascertained that there were approximately twenty-two names that were duplicated on both calendars, some of which appeared under different dates. Below is a summary of this comparison, which may or may not be exhaustive:

| NIV outlook calendar listed date | NIV outlook calendar listed time | NuComm # | NuComm calendar scheduled date |
|---|---|---|---|
| 04/21/06 | 2:30-3:00 p.m. | 340 | 06/20/06 |
| 05/17/06 | 12:30-1:00 p.m. | 2 | 05/17/06 |
| 05/23/06 | 12:00-12:30 p.m. | 171 | 05/23/06 |
| 05/26/06 | 11:00-11:30 a.m. | 183 | 05/26/06 |
| 05/30/06 | 9:30-10:00 a.m. | 175 | 05/30/06 |
| 05/31/06 | 9:30-10:00 a.m. | 178 & 179 | 05/31/06 |
| 06/05/06 | 9:00-9:30 a.m. | 174 | 06/05/06 |
| 06/07/06 | 8:30-9:00 a.m. | 288 | 06/07/06 |
| 06/13/06 | 11:00-11:30 a.m. | 181 | 06/13/06 |
| 06/13/06 | 1:00-1:30 p.m. | 177 | 06/13/06 |
| 06/28/06 | 10:30-11:00 a.m. | 429 | 08/10/06 |
| 06/29/06 | 11:00-11:30 a.m. | 393 | 06/27/06 |
| 06/29/06 | 11:30-12:00 p.m. | 392 | 06/27/06 |
| 08/23/06 | 10:30-11:00 a.m. | 823 | 09/20/06 |
| 09/07/06 | 10:30-11:00 a.m. | 827 | 09/07/06 |
| 09/29/06 | 11:00-12:00 p.m. | 960 | 09/29/06 |
| 10/18/06 | 10:00-10:30 a.m. | 921 | 09/26/06 |
| 01/22/07 | 8:30-9:00 a.m. | 1229 | 10/26/06 |
| 01/22/07 | 9:00-9:30 a.m. | 1230 | 10/26/06 |
| 03/01/07 | 9:30-10:30 a.m. | 1840 | 03/01/07 |
| 03/01/07 | 9:30-10:30 a.m. | 1839 | 03/01/07 |
| 03/01/07 | 9:30-10:30 a.m. | 1838 | 03/01/07 |

---

[1] According to NuComm, the data on expedited visa appointments in Toronto began on April 20, 2006 because it took some time after the implementation date of March 23, 2006 to conduct training and to begin the process of using the system.

Only one Defendant Agrawal-affiliated individual, Giraben Rathod, appears on the NuComm list. Ms. Rathod appears as #323 in the NuComm records, which reflect that she received an expedited interview on June 28, 2006. Ms. Rathod was issued a visa by Defendant O'Keefe on June 28, 2006. It should be noted that Ms. Rathod appears on the NIV outlook calendar on April 19, 2006 at the 9:30 a.m. to 10:00 a.m. time slot, along with some STS employees, even though she never appeared for an interview on that date.

From 1995 to mid-December 2005, Minacs Worldwide, Inc. was the outsource call center for scheduling non-immigrant visa appointments in Canada. Minacs has informed us that they no longer maintain records of scheduled appointments and that they transferred data to NuComm at the end of the contract. NuComm received two years of information from Minacs[2] but the data is not in a format which allows the company to determine whether an appointment was expedited or not.

If you have any further questions in this regard, please let us know.

Sincerely,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By: *Brenda J. Johnson*
Brenda J. Johnson
Denise Cheung
Assistant United States Attorneys
National Security Section

Enclosures

---

[2] The government has repeatedly asked Minacs to check their database to determine if they had the ability from January 2004 to December 2005 to determine which, if any, appointments were expedited by the consulate in Toronto. As of today, they have not responded to our inquiry.