

SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT

GENEVA
HONG KONG
LONDON
LOS ANGELES
NEW YORK

SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, DC

tcgreen@sidley.com
(202) 736-8069

FOUNDED 1866

April 27, 2007

**By Fax**

Brenda J. Johnson
Assistant United States Attorney
555 Fourth Street, N.W.
Room 11-441
Washington, D.C. 20530

Re:   United States v. O'Keefe and Agrawal, No. 1:06-cr-00249-PLF

Dear Brenda:

After the March 22, 2007 motion to compel hearing, the government stated that, upon request, it would be willing to arrange for defense counsel to interview employees of the U.S. consulate in Toronto. Accordingly, we request the opportunity to interview the following individuals on the earliest possible date in Toronto:

   Jane Boyd
   Althea Brathwaite
   Maribel Ebona
   Patricia Haye
   Michael Niles

In particular, the government's 3/21/07 and 4/13/07 discovery productions and our independent investigation of the issues indicate that all these individuals have information material to the defense regarding the visa appointment and expedited visa appointment processes at the Toronto consulate. Because all these individuals are Canadian citizens, and thus not subject to subpoena, we request your previously-offered assistance in meeting with them.

Please call me at your earliest convenience to arrange appropriate dates for the requested interviews.

Sincerely,

Thomas C. Green

cc:   Sunil Agrawal
      Bernie S. Grimm