

U.S. Department of Justice
United States Attorney
District of Columbia

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

# USAO-DC
# FAX
## Cover

| | | | |
|---|---|---|---|
| **To:** | Thomas C. Green, Esquire<br>Sidley Austin LLP | **From:** | Brenda J. Johnson |
| | Bernard S. Grimm, Esquire | | |
| **Fax:** | (202) 736-8711 | **Phone:** | (202) 353-4154 |
| | (202) 986-5475 | | |
| **Date:** | June 15, 2007 | | |
| **Re:** | United States v. Michael John O'Keefe, Sr. and Sunil Agrawal,<br>Criminal No. 06-249 (PLF) | | |
| **Page(s):** | 3 | | |

COMMENTS:

Please find attached the following correspondence.

---

## U.S. ATTORNEY FACSIMILE COMMUNICATION

***WARNING: Information attached to this cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited. Please notify the originator immediately to arrange for proper disposition.***



**U.S. Department of Justice**

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530


June 15, 2007


BY U.S. MAIL AND FACSIMILE (202) 736-8711

Thomas C. Green, Esquire
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005

> Re:   United States v. Michael John O'Keefe, Sr. and Sunil Agrawal,
>         Criminal No. 06-249 (PLF)

Dear Mr. Green:

This letter is in response to your letter of April 27, 2007, in which you requested that the government assist in facilitating interviews for you with the following employees of the United States Consulate in Toronto, Canada: Jane Boyd, Althea Brathwaite, Maribel Ebona, Patricia Haye, and Michael Niles.

Your request was passed on to the Office of the Legal Adviser at the Department of State in Washington. It was then directed to the acting Chief of the Consular Section in Toronto, Julie Stinehart, who informed the Non-Immigrant Visa Chief in Toronto, Peggy Petrovich. Ms. Petrovich directly relayed the request to the above listed locally engaged staff members. All of the above individuals were separately informed that the consulate received notification from the Department of State of a request from defense counsel in the above captioned matter. Each individual was asked if he or she would be willing to answer some questions posed by defense counsel about [his/her] job, regarding procedures, records, expediting appointments, and issues along those lines. Each person was informed that the decision to answer the questions or not was completely up to that person and that any decision they made was completely fine and that they would be supported in their decision by the Department of State either way. All of the individuals listed above declined to participate in an interview with defense counsel.

Sincerely,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

*Brenda J. Johnson*

By:

Brenda J. Johnson
Denise Cheung
Assistant United States Attorneys
National Security Section

cc: Bernard Grimm, Esquire

-2-