IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-249 (PLF)** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL JOHN O'KEEFE, Sr.** and | : | |
| **SUNIL AGRAWAL,** | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Upon careful consideration of the defendants's motion for leave to take foreign discovery and for issuance of a letter rogatory and the government's Opposition thereto, the Court hereby

ORDERS that the Joint Motion for Leave to Take Foreign Discovery and for Issuance of a Letter Rogatory is Denied.

SO ORDERED, this _____ day of _____, 2007.

_____
THE HONORABLE PAUL L. FRIEDMAN
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Serve: Brenda J. Johnson
       Denise Cheung
       Assistant United States Attorneys
       National Security Section
       United States Attorney's Office
       555 4th Street, NW
       Washington, D.C. 20001

       Bernard S. Grimm, Esq.
       503 D Street, NW
       Suite 250
       Washington, D.C. 20001

Thomas C. Green, Esq.
Mark D. Hopson, Esq.
Juan P. Morillo, Esq.
David J. Ludlow, Esq.
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005