UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>MICHAEL JOHN O'KEEFE, SR., and )<br>SUNIL AGRAWAL, )<br>)<br>Defendants. ) | Criminal No. 06-0249 (PLF) |

REFERRAL ORDER

It is hereby ORDERED that this action is referred to a Magistrate Judge for disposition of [58] Defendants' Joint Motion For Leave to Take Foreign Discovery and for Issuance of a Letter Rogatory. Therefore, on all filings in this action, the parties shall place the initials of Judge Paul L. Friedman and the initials of the assigned Magistrate Judge following the case numbers in the caption.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 8/3/07