UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**UNITED STATES OF AMERICA,**

      v.                                      Cr. No. 06-249 (PLF/JMF)

**MICHAEL JOHN O'KEEFE, SR.,
SUNIL AGRAWAL,**

      **Defendants.**

---

### ORDER

In accordance with the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that <u>Defendants' Joint Motion for Leave to Take Foreign Discovery and for Issuance of a Letter Rogatory</u> [#58] is **GRANTED**. It is further, hereby,

**ORDERED** that defendants submit, for the Court's signature, a letter rogatory. Such letter shall, after having been signed and embossed with the Court's seal, be forwarded by the Court to Ogilvy Renault, LLP, the Canadian law firm retained by Sidley Austin LLP, which is authorized to make the appropriate discovery applications to the Ontario Superior Court of Justice on behalf of this Court.

      **SO ORDERED.**

                                                                               /s/
                                                    JOHN M. FACCIOLA
                                                    UNITED STATES MAGISTRATE JUDGE

Dated: September 13, 2007