# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No 1:06-cr-00249-PLF/JMF |
| ) | |
| MICHAEL JOHN O'KEEFE, SR. and ) | |
| SUNIL AGRAWAL, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

Per Judge Friedman's instructions at the March 22, 2007 motion to compel hearing, Mr. Agrawal, through counsel, is providing notice to the Court through the electronic filing system that on September 17, 2007 Mr. Agrawal filed a motion under seal with the Clerk's office.

Dated: September 17, 2007

Respectfully submitted,

_____/s/_____

Thomas C. Green (D.C. Bar #14998)
Mark D. Hopson (D.C. Bar #394338)
David J. Ludlow (D.C. Bar #489136)
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000