## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Case No 1:06-cr-00249-PLF/JMF |
| | ) | |
| MICHAEL JOHN O'KEEFE, SR. and | ) | |
| SUNIL AGRAWAL, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

Mr. Agrawal, through counsel, is providing notice to the Court through the electronic filing system that on September 20, 2007 Mr. Agrawal filed under seal with the Clerk's office a Reply to the Government's Opposition to Defendant's Motion to Modify Conditions of Release.  A courtesy copy was provided to chambers.

Dated:  September 20, 2007                    Respectfully submitted,

_____/s/_____

Thomas C. Green (D.C. Bar #14998)
Mark D. Hopson (D.C. Bar #394338)
David J. Ludlow (D.C. Bar #489136)
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000