IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-249 (PLF/JMF) |
| v. | : | |
| MICHAEL JOHN O'KEEFE, Sr. and SUNIL AGRAWAL, | : | |
| Defendants. | : | |

**FILED**

SEP 25 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

*and the reply*

Upon consideration of Defendant Sunil Agrawal's Motion to Modify Conditions of Release and the government's opposition thereto, it is hereby:

ORDERED that the Motion to Modify Conditions of Release is DENIED.

Dated: September 25, 2007

PAUL L. FRIEDMAN
United States District Judge