IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-249 (PLF/JMF) |
| | : | |
| v. | : | |
| | : | |
| MICHAEL JOHN O'KEEFE, Sr. and | : | |
| SUNIL AGRAWAL | : | |
| | : | |
| Defendants. | : | |

**ORDER** *and their Joint Proposed Waiver*

Based on the representations of the parties *and their Joint Proposed Waiver* at the telephonic status conference held on September 17, 2007,

**THE COURT FINDS** that Defendant O'Keefe and Defendant Agrawal have willingly and knowingly waived their right to a speedy trial until August 1, 2008;

**THE COURT FURTHER FINDS** that allowing Defendant O'Keefe and Defendant Agrawal counsel of their choice by accommodating the schedules of counsel, and permitting the defendants to have an adequate opportunity to review discovery and to prepare for trial, serves the ends of justice and outweighs the best interests of the public and the defendants in a speedy trial;

**THE COURT FURTHER FINDS**, pursuant to Federal Rule of Criminal Procedure 43(b)(3), that it is burdensome and unnecessary to require the defendants' presence at hearing or conferences involving only questions of law that may be held during the waiver period and that the defendants have expressly waived their rights to be present at any such hearing during the waiver period; therefore

it is this 25 day of August, 2007,

**ORDERED** that, pursuant to 18 U.S.C. § 3161(8)(A) & (B), the time from September 13, 2007, until August 8, 2008, is hereby excluded from the Speedy Trial Act calculation, 18 U.S.C. § 3161(c)(1).

/s/ Paul L. Friedman
John M. Facciola
United States District Court Magistrate Judge