IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.   )   Criminal Case No 1:06-cr-00249-PLF/JMF<br>)<br>MICHAEL JOHN O'KEEFE, SR. and )<br>SUNIL AGRAWAL, )<br>)<br>Defendants.   ) | |

### MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule of Criminal Procedure 44.5(d), Mr. Agrawal, through counsel, hereby gives notice that attorneys Juan P. Morillo and Matthew B. Hsu are no longer associated with the firm Sidley Austin LLP. Accordingly, Mr. Agrawal respectfully moves the Court to withdraw the appearances of Mr. Morillo and Mr. Hsu as counsel for Mr. Agrawal and to make the appropriate changes in the Court's records and the electronic filing/service system.

Dated: October 1, 2007                         Respectfully submitted,

                                                            /s/
                                                Thomas C. Green (D.C. Bar #14998)
                                                Mark D. Hopson (D.C. Bar #394338)
                                                David J. Ludlow (D.C. Bar #489136)
                                                SIDLEY AUSTIN LLP
                                                1501 K Street, NW
                                                Washington, DC 20005
                                                (202) 736-8000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No 1:06-cr-00249-PLF |
| ) | |
| MICHAEL JOHN O'KEEFE, SR. and ) | |
| SUNIL AGRAWAL, ) | |
| ) | |
| Defendants. ) | |

## PROPOSED ORDER

Upon consideration of the Mr. Agrawal's Motion to Withdraw, it is hereby

ORDERED that the Motion to Withdraw is GRANTED; it is

FURTHER ORDERED that the appearances of Juan P. Morillo and Matthew B. Hsu in the above-captioned matter are hereby withdrawn.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

## CERTIFICATE OF SERVICE

I, David J. Ludlow, certify that on October 1, 2007, I caused a true and correct copy of the foregoing Motion to Withdraw as Counsel to be served through the electronic case filing system upon the parties, and by first class mail, upon the following:

Sunil Agrawal
[Home Address]

Juan P. Morillo
Clifford Chance
2001 K Street NW
Washington, DC 20006-1001

Matthew B. Hsu
Clifford Chance
2001 K Street NW
Washington, DC 20006-1001

David J. Ludlow
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000

DC1 1033362v.1