### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No 1:06-cr-00249-PLF/JMF |
| ) | |
| MICHAEL JOHN O'KEEFE, SR. and ) | |
| SUNIL AGRAWAL, ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO COMPEL

Pursuant to Federal Rule of Criminal Procedure 12(a)(3)(E), defendants, through counsel, respectfully move the Court for an order compelling the government to provide the defense with (1) specific information regarding the document productions, (2) specific information regarding the efforts made to comply with the Court's April 27, 2007 Order, and (3) all documents responsive to the April 27 Order that have not been produced. The grounds supporting this motion are set forth in the accompanying memorandum.

Dated: October 9, 2007                    Respectfully submitted,

                  _____/s/_____
                  Thomas C. Green (D.C. Bar #14998)
                  Mark D. Hopson (D.C. Bar #394338)
                  David J. Ludlow (D.C. Bar #489136)
                  SIDLEY AUSTIN LLP
                  1501 K Street, NW
                  Washington, DC 20005
                  (202) 736-8000
                  *Counsel for Defendant Sunil Agrawal*

2

          _____/s/_____
Bernard S. Grimm
LAW OFFICES OF BERNARD S. GRIMM
503 D Street, NW, Suite 250
Washington, DC 20001
(202) 371-0300
*Counsel for Defendant Michael John O'Keefe*