**U.S. Department of Justice**

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

September 28, 2007

<u>HAND DELIVERY</u>

Bernard S. Grimm, Esquire
503 D Street, N.W.
Suite 250
Washington, D.C. 20001

Thomas C. Green, Esquire
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005

Re: <u>United States v. Michael John O'Keefe, Sr. and Sunil Agrawal,</u>
Criminal No. 06-249 (PLF)

Dear Mr. Grimm and Mr. Green:

    This letter is to provide you with additional responsive materials pursuant the Court's April 27, 2007, memorandum opinion and order and subject to the July 3, 2007, protective order. All materials provided herein are subject to the protective order and are hereby so designated.

    In response to the issues raised regarding the July 23, 2007, Nogales, Mexico electronic document production, the government has re-run the program to recapture existing data. Attached is a diskette of documents labeled NOG_0004010 through NOG_0013004X. Please note that these documents should replace the diskette labeled NOG_0004010 through NOG_0013004 previously produced to the parties on July 23, 2007. Forty-seven extra pages that did not appear on the original diskette were recaptured and are contained in the newly-produced diskette. All of the documents on the diskette should also be in a sufficiently readable format.

Sincerely,

By: *[signature]*
Denise Cheung
Brenda J. Johnson
Assistant United States Attorneys
National Security Section

Attachment