Grand Jury Subpoena 0108

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

TO: 

GREETINGS:

WE COMMAND YOU that all and singular business and excuses being laid aside, you appear and attend before the GRAND JURY of the people of the United States for the Southern District of New York, at the United States Courthouse, Foley Square (40 Centre Street), Room 209, in the Borough of Manhattan, City of New York, New York, in the Southern District of New York, at the following date, time and place:

Appearance Date:     Appearance Time: 

to testify and give evidence in regard to an alleged violation of:



and not to depart the Grand Jury without leave thereof, or of the United States Attorney, and that you bring with you and produce at the above time and place the following:
See Attached Rider.

Failure to attend and produce any items hereby demanded will constitute contempt of court and will subject you to civil sanctions and criminal penalties, in addition to other penalties of the Law.

DATED:   New York, New York

DAVID N. KELLEY
United States Attorney for the
Southern District of New York

J. Michael McMahon
CLERK

Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007

Telephone: 

RIDER TO SUBPOENA

Definitions

1. 

2. "Documents," "books," and "records" each means any and all tangible forms of expression in your possession, custody, or control, in any language or format, including drafts or finished versions, originals, copies, or annotated copies, however created, produced, or stored (manually, mechanically, electronically, electromagnetically, or otherwise), including, but not limited to: books, papers, files, writings, handwritten notes, typewritten notes, letters, correspondence, memoranda, notebooks, ledgers, term sheets, diaries, journals, calendars, telexes, telefaxes, telephone message slips, tape recordings, magnetic tape, electronic recordings, disks, diskettes, disk packs and other electronic media, electronic mail messages, voice mail messages, microform, microfilm, microfiches, and storage devices, or any similar item, electromagnetic recordings, optical or digital recordings, and photograph. A draft or non-identical copy is a separate document.

3. "Communication" means the transmittal of information in the form of facts, ideas, inquiries or otherwise, in any record or document, as defined above.

4. "Person" means any natural person or any business, legal, or governmental entity, or association.

5. "Concerning" means relating to, referring to, describing, reflecting, evidencing or constituting.

6. The term "all" shall be construed as any and all.

7. The term "each" shall be construed as each and every.

8. The connective "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the request all responses that might otherwise be construed to be outside of its scope; and

9. The use of the singular form of any word includes the plural and vice versa.

#### Instructions

1. Each page of each document produced shall be labeled with a Bates number or other identifying number or notation.

2. This subpoena calls ████████████████████████████
████████████████

3. An index of the documents produced shall be provided, in both electronic and hard copy setting forth the Bates number(s) and a brief description of each document, and the person and location from whom it was obtained.

4. The following information shall be provided for any document withheld on the basis of an assertion of privilege: (a) nature of privilege asserted (including "work product"); (b) date of document; (c) type of document (e.g., letter or memorandum); (d) general subject matter of document; (e) author(s); (f) addressee(s); (g) any other recipients.

5. All documents produced pursuant to this subpoena shall be produced in electronic format, either on CD or DVD media, in a computing format such as tif that is readily readable without special software and that is term/word searchable.

6. No modifications will be made to the terms of this subpoena except in writing.

7. Documents must be produced on or before the return date to the attention of ████████████████████████
████████████

-2-