UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

      v.         Cr. No. 06-249 (PLF/JMF)

**MICHAEL JOHN O'KEEFE, SR.,
SUNIL AGRAWAL,**

      **Defendants.**

### ORDER

In accordance with the accompanying Memorandum Opinion, the following is, hereby,

**ORDERED:**

1. Defendants may take the deposition testimony of the four individuals employed by the US Consulate in Toronto during the period in question.

2. Defendants may question these employees about all thirty-one areas identified in Schedule A, attached to defendants' request.

3. Except to protect a privilege or to enforce a court order, a deponent may not be directed to refuse to answer a question during a deposition. Therefore, the objecting party will note its objection and the witness will answer the question. The objection to the question will be preserved for trial.

4. Government counsel will retrieve from all appropriate depositories or repositories documents that it must produce to these defendants and will, if they have not already done so, make them available to the defendants.

5. The witnesses, if they have not already done so, will make available to government counsel all documents (to include electronically stored information) that they may have created that might fall within the defendants' demands. Government counsel will in turn review these documents to ascertain whether they should be turned over to the defendants as part of its required production.

6. Prior to the deposition, government counsel will determine whether or not all documents have been turned over to defendants. If government counsel learns that certain documents have not been turned over, the government will stop the deposition and make the documents immediately available to defendants' counsel. Once that has occurred, the deposition will resume.

It is therefore, hereby,

**ORDERED** that defendants' Request for International Judicial Assistance (Letters Rogatory) is **GRANTED** in part and **MODIFIED** in part.

**SO ORDERED.**

\_\_/S/_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: November 13, 2007