IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. CR-06-0249 (PLF/JMF)** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL JOHN O'KEEFE, Sr.,** | : | |
| **SUNIL AGRAWAL,** | : | |
| | : | |
| **Defendants** | : | |

**ORDER**

Upon consideration of the government's motion to schedule a hearing on the defendants' joint motion to compel discovery, the Court hereby

ORDERS that a hearing on the matter is hereby scheduled for the _____ day of _____, 2007.

SO ORDERED, this _____ day of _____, 2007.

_____
THE HONORABLE JOHN M. FACCIOLA
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Serve:  Brenda J. Johnson                         Thomas C. Green, Esq.
        Denise Cheung                             Mark D. Hopson, Esq.
        Assistant United States Attorneys         David J. Ludlow, Esq.
        National Security Section                 Sidley Austin LLP
        United States Attorney's Office           1501 K Street, N.W.
        555 4th Street, NW                        Washington, D.C.  20005
        Washington, D.C. 20001

        Bernard S. Grimm, Esq.
        503 D Street, NW
        Suite 250
        Washington, D.C. 20001