IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|                                      ) | |
|       v.                            ) | Criminal Case No 1:06-cr-00249-PLF/JMF |
|                                      ) | |
| MICHAEL JOHN O'KEEFE, SR. and   ) | |
| SUNIL AGRAWAL,                         ) | |
|                                    ) | |
|               Defendants.         ) | |

**MR. AGRAWAL'S RESPONSE TO THE
GOVERNMENT'S MOTION FOR HEARING**

At 1:52 p.m. today, the government's counsel left a voicemail for Mr. Agrawal's attorney requesting that he return the call. At 2:26 p.m. today, the government filed a motion for a hearing on defendants' Second Motion to Compel, stating: "[t]he government left a message for counsel for Defendant Agrawal but has not had the opportunity to learn counsel's position regarding the government's motion." Gov't Mot. for H'rg (Nov. 14, 2007) [Docket No. 83]. Mr. Agrawal's position is as follows:

Defendants' Second Motion to Compel is fully briefed, the issues set forth therein are straightforward, and the relief sought is elementary. A hearing seems unnecessary. In fact, it is surprising that the government is opposing the simple request to identify the source of the documents collected and produced. The motion does not involve complex legal issues and it does not seek any remedies beyond compelling answers to the basic questions outlined therein.

Mr. Agrawal has no objection to a hearing *per se*, but is concerned to the extent that attempts to schedule a hearing will delay resolution of the motion, any additional production of discovery, and the Court ordered depositions. Today's Court order already recognized such a possibility. *See* Mem. Opinion and Order , at 5-6 (Nov. 14, 2007) [Docket Nos. 81, 82] ("I will

require the government to meet my [document production] expectations before depositions are taken."). In sum, the motion is straightforward and can be resolved on the pleadings. Doing so will advance defendants' interests in speedy resolution of this matter.

Of course, we are fully prepared to participate in a hearing if the Court believes it would be appropriate or useful.

Dated: November 14, 2007                    Respectfully submitted,


                                            _____/s/_____
                                            Thomas C. Green (D.C. Bar #14998)
                                            Mark D. Hopson (D.C. Bar #394338)
                                            David J. Ludlow (D.C. Bar #489136)
                                            SIDLEY AUSTIN LLP
                                            1501 K Street, NW
                                            Washington, DC 20005