**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| v. | ) Criminal Case No 1:06-cr-00249-PLF |
|  | ) |
| MICHAEL JOHN O'KEEFE, SR. and | ) |
| SUNIL AGRAWAL, | ) |
|  | ) |
| Defendants. | ) |

**MR. AGRAWAL'S MOTION TO DISMISS THE GOVERNMENT'S
CONSTRUCTIVE AMENDMENT OF THE INDICTMENT**

Defendant Sunil Agrawal, through undersigned counsel, hereby moves the Court, pursuant to Rules 12(b)(3) of the Federal Rules of Criminal Procedure, to dismiss the charges against him *to the extent* that the United States seeks to proceed on a claim that Mr. Agrawal "bribe" Mr. O'Keefe to adjudicate and issue visas that should not have been granted as a *substantive* matter. Maintaining such a charge would impermissibly amend the Indictment returned by the grand jury.

The grounds supporting this motion are set forth in the accompanying memorandum. Oral argument is requested.

Dated: November 17, 2007         Respectfully submitted,

                                 _____/s/_____
                                 Thomas C. Green (D.C. Bar #14998)
                                 Mark D. Hopson (D.C. Bar #394338)
                                 David J. Ludlow (D.C. Bar #489136)
                                 SIDLEY AUSTIN LLP
                                 1501 K Street, NW
                                 Washington, DC 20005