### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | Criminal Case No 1:06-cr-00249-PLF |
| ) | |
| MICHAEL JOHN O'KEEFE, SR. and  ) | |
| SUNIL AGRAWAL, ) | |
| ) | |
| Defendants.   ) | |

### PROPOSED ORDER

Upon consideration of Sunil Agrawal's First Motion to Dismiss, it is hereby

ORDERED that Mr. Agrawal's First Motion to Dismiss is GRANTED; it is

FURTHER ORDERED that Counts 1, 2, and 3 of the Indictment are dismissed for failure to state an offense to the extent the government attempts to allege or offer proof that those Counts charge that defendants committed bribery with respect to the actual substantive issuance of visas.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge