substance, purport, or meaning of that communication; . . .

(14) "electronic communications system" means any wire, radio, electromagnetic, photooptical or photoelectronic facilities for the transmission of electronic communications, and any computer facilities or related electronic equipment for the electronic storage of such communications; . . .

(15) "electronic communication service" means any service which provides to users thereof the ability to send or receive wire or electronic communications; . . .

(17) "electronic storage" means --

(A) any temporary, intermediate storage of a wire or electronic communication incidental to the electronic transmission thereof; and

(B) any storage of such communication by an electronic communication service for purposes of backup protection of such communication.

### E. Source of Information Contained Herein

8. I have been assisted in this investigation by the Diplomatic Security Computer Investigation Forensics Laboratory, YAHOO! and the U.S. Consulate in Toronto.

### F. Probable Cause

9. As described below there is probable cause to believe that Michael John O'Keefe (SUBJECT) has engaged in violations of Title 18 USC sections 1546, 201 and 203, Visa Fraud, Bribery of public officials and compensation in matters affecting the government. SUBJECT knowingly abused his position as a Department of State Consular Officer by issuing U.S Visas to individuals who may otherwise be ineligible for personal gain.