IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-249 (PLF/JMF) |
| | : | |
| v. | : | |
| | : | |
| MICHAEL JOHN O'KEEFE, Sr. and | : | |
| SUNIL AGRAWAL | : | |
| | : | |
| Defendants. | : | |

## JOINT NOTICE

The United States of America, by and through the United States Attorney for the District of Columbia, and Defendants Michael John O'Keefe, Sr., and Sunil Agrawal hereby provide notice to the Court of the parties' efforts to comply with the February 19, 2008, Order of the Honorable John M. Facciola (hereinafter "Court's Order").

On March 5, 2008, within the ten business days specified by the Court, the parties met to discuss the issue of identifying the author, recipient (if any), date of creation, and consulate location of documents. In addition, the parties discussed the issue of whether electronically stored information was, or can be, preserved in its native form with metadata.

Because these discussions are still ongoing, and the government is in the process of obtaining information related to these issues, no stipulations were reached at this time. However, the parties are continuing to engage in discussions about these issues, with the goal of entering into the stipulations specified in the Court's Order.

Respectfully submitted,

_____/s/_____
Brenda J. Johnson
Assistant United States Attorney

___/s/_____
Bernard S. Grimm, Esquire
Counsel for Michael John O'Keefe, Sr.

_____/s/_____
Denise Cheung
Assistant United States Attorney

____/s/_____
Thomas C. Green, Esquire
Mark D. Hopson, Esquire
David James Ludlow, Esquire
Counsel for Sunil Agrawal