# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. CR-06-0249 (PLF)** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL JOHN O'KEEFE, Sr.,** | : | |
| **SUNIL AGRAWAL,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

Upon careful consideration of the Government's Motion to Convert Hearing on Defendant Agrawal's Motion to Dismiss the Indictment into a Status Hearing, the Court hereby

ORDERS that the Hearing on Defendant Agrawal's Motion to Dismiss the Indictment currently scheduled for 1:45 p.m. on Tuesday, March 11, 2008, is hereby converted into a status hearing.

SO ORDERED, this _____ day of _____, 2008.

_____
THE HONORABLE PAUL L. FRIEDMAN
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Serve:  Brenda J. Johnson
Denise Cheung
Assistant United States Attorneys
National Security Section
United States Attorney's Office
555 4th Street, NW
Washington, D.C. 20001

Bernard S. Grimm, Esq.
Cozen O'Connor
1627 I Street, NW
Washington, D.C. 20006

Thomas C. Green, Esq.
Mark D. Hopson, Esq.
David J. Ludlow, Esq.
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005