ATTACHMENT B



CONSULATE
OF THE
UNITED STATES OF AMERICA

DECLARATION

I, John J. Ibarra, Consular Section Chief, U.S. Consulate Nogales, Mexico, do hereby state as follows:

1. I am now, and have been since August 30, 2006, the Consular Section Chief at the United States Consulate in Nogales, Mexico (hereafter "NOGALES"). In my capacity as consular section chief, I, together with then Principal Officer Cynthia Sharpe, was responsible in NOGALES for coordinating and overseeing the search for and the provision of materials responsive to the April 27, 2007, Memorandum Opinion and Order of the Honorable Paul L. Friedman, United States District Judge for the District of Columbia (hereafter "Order of the Court"). I make the following statements based upon my personal knowledge and information made available to me in the performance of my official duties.

2. NOGALES conducted a search from May 8, 2007 until May 22, 2007 of both electronic and paper record files for all materials responsive to the Order of the Court. A team of twenty-two officers and staff conducted a physical search of the following paper record files: 1) archived hard copies of all Standard Operating Procedures ("SOPs") to locate Expedited Appointment SOPs dating back to January 2004 that no longer existed in the electronic database; 2) archived paper correspondence files to locate expedited appointment request received via facsimile, correspondence, or electronic mail (email), and the corresponding responses attached to those requests; and 3) hard copy general, subject and chronological files for any other stand-alone documents responsive to the Order of the Court, including the personal files maintained in the Consulate of all consular officers and staff. Electronic searches for SOPs, emails, or other stand-alone documents relating to expedited appointments were conducted by NOGALES staff, in part by Consular staff, and in part by the Information Management staff who have authorized access to all electronic data maintained at post. The NOGALES staff, including Consular staff and Information Management staff, spent over 200 work hours searching for and preparing copies of materials to be transmitted in response to the Order of the Court.

3. The search of the paper correspondence files and storage locations for expedited appointment requests yielded records of expedited appointment requests dating from January 2004 to May 2007. NOGALES produced photocopies of all such records in existence at post, including a hard copy of the request, any written discussion, decision and responses. Work spaces for Cynthia Sharpe, John Ibarra, Matilda Gawf, Bryan Stahl, James Bredeck, Veronica Fuentes, Eloisa Jerez, Liza Ybarra, Rafael Valencia, Marx Lopez, Marina Encinas, Hector Dominguez, Isabel Lopez, Holanda Estrada, Vanessa Iribe, Rocio Cordova, Francisco Rojas, Enoch Ramos, Ramses Leyva, Luz Tye, Bianca Burrola, and Gabriela Cruz were also searched.

4. Per Department of State guidance received on July 9, 2007, NOGALES forwards the hard copies of all non-immigrant visa applications to the Kentucky Consular Center ("KCC") after one year for cataloging. KCC forwards these applications to the National Archives and Records Administration for storage until they are scheduled for destruction in accordance with all applicable laws. Prior to this guidance, Post maintained records for non-immigrant visa applications for a minimum of three years. At the time of the search in May 2007, NOGALES retained at post the hard copies of issued non-immigrant visa applications received from JULY 2004 to MAY 2007 and refused non-immigrant visa applications received from JULY

2003 to MAY 2007; therefore; older materials could not be produced at post.

5. NOGALES' search of electronic data on its active servers and back-up tapes, which are retained for two weeks, yielded responsive emails, the SOPs previously mentioned and related material discussing the visa referral process. The parameters of the electronic search included all email and stand-alone electronic documents. These documents had been prepared on office software applications regarding expedited appointments located on either shared drives, personal drives and/or hard drives by all consular officers and locally-engaged staff who approved or scheduled expedited non-immigrant visa interviews or who played any role in the process. Specifically, NOGALES searched for materials maintained in the files or folders of the following individuals, some of whom had already departed post, as well as the specified shared mailboxes of: Cynthia Sharpe, John Ibarra, Matilda Gawf, Bryan Stahl, James Bredeck, Veronica Fuentes, Eloisa Jerez, Liza Ybarra, Rafael Valencia, Marx Lopez, Marina Encinas, Hector Dominguez, Isabel Lopez, Holanda Estrada, Vanessa Iribe, Rocio Cordova, Franisco Rojas, Enoch Ramos, Ramses Leyva, Luz Tye, Bianca Burrola, and Gabriela Cruz.

6. For the email and stand-alone electronic document searches, NOGALES used the following search term parameters in English (*with their corresponding Spanish translations*): "emergency appointment", *("cita de emergencia")*, "earlier appointment", *("cita adelantada")*, "move forward", *("adelantar")*, "re-schedule", *("re-agendar")*, "expedited", *("expedita")*, "as soon as possible", *("lo mas pronto posible")*, "sooner", and *("mas pronto")*. All emails residing in the shared email folders that related to expedited appointments were included in Nogales search results. All responsive emails located during the search were produced in electronic format and provided with the original request on cd-rom.

7. NOGALES' electronic data, including emails and stand-alone electronic documents, are retained in the local server and backup tapes for two weeks. No other back-up server for electronic documents, either on- or off-site, exists. Any emails deleted prior to the search were not available are not retrievable. After two weeks, backup tapes are reused with any data thereon destroyed.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

John J. Ibarra
Consular Section Chief
U.S. Consulate Nogales, Mexico

Sworn to and subscribed before me this

11th day of March, 2008

Notary Public

My commission expires:

Veronica Fuentes
Consular Officer of the
United States of America

PRESIDENTIAL COMMISSIONS ARE PERMANENT