ATTACHMENT C



DECLARATION

I, Kimberly C. Kelly, Consular Chief, U.S. Consulate Nuevo Laredo, Mexico, do hereby state as follows:

1. I am now, and have been since June 4, 2007, Consular Chief at the United States Consulate in Nuevo Laredo, Mexico (hereafter "NUEVO LAREDO"). Prior to that, I was the NIV Chief at the Consulate from September 2004 – June 4, 2007. In my capacity as NIV Chief, I was responsible in NUEVO LAREDO, along with the former Consular Chief, Martha J. Haas, for coordinating and overseeing the search for and the provision of materials responsive to the April 27, 2007, Memorandum Opinion and Order of the Honorable Paul L. Friedman, United States District Judge for the District of Columbia (hereafter "Order of the Court"). I make the following statements based upon my personal knowledge and information made available to me in the performance of my official duties.

2. NUEVO LAREDO conducted a search from May 8, 2007 until June 15, 2007 of both electronic and paper record files for all materials responsive to the Order of the Court. A team of eight officers and staff conducted a physical search of the following paper record files: 1) archived paper correspondence files to locate expedited appointment requests received via facsimile, correspondence, or electronic mail (email), and the corresponding responses attached to those requests; and 2) hard copy general, subject and chronological files for any other stand-alone documents responsive to the Order of the Court, including the personal files maintained in the Consulate of all consular officers and staff. Electronic searches for SOPs, emails, or other stand-alone documents relating to expedited appointments were conducted by staff of NUEVO LAREDO, in part by Consular staff, and in part by the Information Management staff who have authorized access to all electronic data maintained at post. The NUEVO LAREDO staff, including Consular staff and Information Management staff, spent over 50 work hours searching for and preparing copies of materials to be transmitted in response to the Order of the Court.

3. The search of the paper correspondence files and storage locations for expedited appointment requests yielded records of expedited appointment requests dating from January 2004 to May 31, 2007. NUEVO LAREDO produced photocopies of all such records in existence at post, including a hard copy of the request, any written discussion, decision and responses. Work spaces for all NIV staff, including the consular receptionist, the NIV Chief and the Consular Chief, were also searched.

4. Per Department of State procedures, NUEVO LAREDO forwards the hard copies of all non-immigrant visa applications to the Kentucky Consular Center ("KCC") after one year for cataloging. KCC forwards these applications to the National Archives and Records Administration for storage until they are scheduled for destruction in accordance with all applicable laws. However, at the time of the search in May 2007, NUEVO LAREDO had at Post the hard copies of non-immigrant visa applications received from MAY 2005 to May 2007. While it is not Post practice to attach documents to the DS-156, Post nevertheless conducted a random search of hundreds of the DS-156 that were still at Post. The random search did not produce any documents.

5. NUEVO LAREDO's search of electronic data yielded responsive emails, the Emergency Appointment guidelines and related material discussing the visa referral process. The parameters of the electronic search included all email and stand-alone electronic documents, e.g., documents prepared on our office software applications, regarding expedited appointments located on shared drives, personal drives and hard drives for all consular officers and locally-engaged staff who approved or scheduled non-immigrant visa interviews or who played any role in the process. Specifically, NUEVO LAREDO searched for materials maintained in the files or folders of the following individuals, as well as the specified

shared mailboxes: Martha J. Haas, Kimberly C. Kelly, Sonia Guerra, David Stone, Michael Yoder (who was no longer at Post), Domingo Sanchez, Claudia Melgar, Nora Rivera, and the Emergency Appointment Request email box.  All other NIV staff who were not directly involved in receiving, approving or scheduling emergency appointments also conducted directed searches of their email and other electronic files.

6.  For the email and stand-alone electronic document searches, we used the following search term parameters: "expedite", "emergency" and "urgent". The Information Management staff conducted the search of email boxes, archives and documents on all personal and hard drives because they have access to all drives from the network server, not just shared drives. The Information Management staff provided Martha J. Haas with the results of the search, who in turn handed all documentation relating to the search over to me upon her departure.  I made sure that all emails residing in the shared email folders that related to expedited appointments were included in the results.  All responsive emails located during the search were printed and sent to the Department of State, Jeff Gorsky, CA/VO/L/A, under cover memo dated June, 20, 2007.

7.  NUEVO LAREDO's electronic data, including emails and stand-alone electronic documents, are kept on the server at post as long as the employees are at Post.  Back-up tapes are only maintained for one month and then the tapes are reused with any data thereon destroyed. After one year, the tapes are reused, and any deleted items would be destroyed.  No other back-up server for electronic documents, either on- or off-site, exists.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

KIMBERLY C. KELLY

Sworn to and subscribed before me this

_12_ day of _March_ , 2008

_____
Notary Public

CONSUL OF THE UNITED STATES
OF AMERICA

My commission expires: _N/A_