ATTACHMENT D

DECLARATION

I, David T. Donahue do hereby state as follows:

1. I was the Minister Counselor for Consular Affairs (MCCA) for the U.S. Mission in Mexico at Mexico City, Mexico from September 2005 to June, 2007. In my capacity as MCCA, I was aware of the request for information pertaining to the O'Keefe case and directed Embassy Mexico's Nonimmigrant Visa (NIV) Chief Steve Vann to conduct the search for and the provision of materials responsive to the April 27, 2007, Memorandum Opinion and Order of the Honorable Paul L. Friedman, United States District Judge for the District of Columbia (hereafter "Order of the Court"). I make the following statements based upon my personal knowledge and information made available to me by NIV Chief Stephen Vann.

2. Embassy Mexico conducted a search in May 2007 of both electronic and paper record files for all materials responsive to the Order of the Court. A team including the Non-Immigrant Visa Chief, Deputy NIV Chief, and other consular staff conducted the search of relevant files. The following detail on work spaces searched, electronic searches, drives searched, and emails searched is to the best of our recollection. Work spaces of the following individuals were searched: NIV Chief (Aug. 2005-Jul. 2007) Stephen Vann, and Melissa Bishop (Aug. 2005-Current), and members of the Public Liaison Unit (PLU) team: Amelia Alvarez, Edgar Rendon, and Blanca Ibarra. PLU team members have been employed in the NIV Unit since before 2004. Electronic searches were conducted of the following: Emails related to emergency or urgent appointments. In May, 2006, the Emergency Appointment request procedure was automated and an electronic email request, generated by a form on the Embassy Mexico City's website, became the standard urgent request method. All emails generated from this system go to the email inbox: visamexicoemergencia@state.gov. The following drives were searched: The Embassy Mexico City Consular Shared drive. ALL shared consular data, including email files for individual NIV employees and other shared NIV email mailboxes, and other data files, are stored on this drive. The following emails were searched: visamexicoemergencia@state.gov. Other emails include the results of individual word searches done on the individual email mailboxes of Stephen Vann, Melissa Bishop, Andrew McClearn, and Patricia Yanez. Word searches were performed on individual user's email mailboxes to retrieve emails using the following search terms "urgent" or "emergency" or "early" appointments. The entire visamexicoemergencia@state.gov history was archived into four .pst files named 'Emergencia,' 'Emergencia 2,' 'Emergencia 3,' 'Emergencia 4.' Other information compiled by Embassy Mexico City included the electronic history of the PLU scheduling system, stored in a Microsoft Access-based application that we have used from before 2004 to catalog and prioritize urgent appointment requests. Some of the scanned fax and other materials included in the items sent had been stored in individual files by members of the PLU team. Prior to May 2006, fax copies of early appointment requests were routinely shredded one month after reception.

3. In response to the search, Embassy Mexico submitted: (a) A list of all Officer of the Day appointments from the Public Liaison Unit from May 3, 2006 through May 9, 2007; (b) One (1) DVD disc containing approximately 25,281 scanned documents requesting emergency appointments; (c) One (1) DVD disc containing approximately 4,076 emails from March 2006 to May 2007 regarding emergency appointments; (d) One (1) DVD disc containing approximately 478 emails regarding emergency appointments; (e) One (1) DVD disc containing approximately 31,056 emails regarding emergency appointments; and (f) One (1) DVD disc containing approximately 5,582 emails regarding emergency appointments; and (g) approximately 196 scanned emails regarding emergency appointments. To the best of our recollection, the following employees' electronic email files were searched – Members of the Public Liaison Unit, the team that has managed our emergency appointment system from before 2004 until the present time: Amelia Alvarez, Edgar Rendon, and Blanca Ibarra. Entire blocks of emails from these employees were included in the electronic files originally sent. Searches on the electronic files of the following individuals were also done: The primary administrative assistant for the NIV Chief, Patricia Yanez.; NIV Chief (Aug. 2005-Jul. 2007), Stephen Vann; Deputy NIV Chief Melissa Bishop (Jul. 2005-Current); and Deputy NIV Chief Andrew McClearn (Aug. 2006-Current).

4. Per Department of State procedures, Embassy Mexico forwarded the hard copies of all non-immigrant visa applications in which visas were ISSUED to the Kentucky Consular Center ("KCC") after one year for cataloging. Hard copies of all non-immigrant visa applications in which visas were DENIED are forwarded after 18 months. KCC forwards these applications to the National Archives and Records Administration for storage until they are scheduled for destruction in accordance with all applicable laws. Mexico City does not routinely attach appointment requests to the visa files. Therefore, a search of KCC would likely not yield any additional results responsive to the Court's order.

5. Embassy Mexico's search of electronic data on all active servers and available back-up tapes, which are retained for one year, yielded responsive emails as described above in paragraph 3.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

David T. Donahue
Director,
Office of Policy Coordination and Public Affairs
Bureau of Consular Affairs
Department of State
2201 C Street
Washington, DC 20520

Sworn to and subscribed before me this

12ᵗʰ day of March , 2008

Notary Public

My commission expires: 7|14|12

LA'VONDA D. ELLIOTT
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires July 14, 2012