ATTACHMENT E

Case 1:06-cr-00249-PLF-JMF    Document 95-6    Filed 03/14/2008    Page 1 of 3



*Embassy of the United States of America*
Ottawa, Canada

## DECLARATION

I, Keith Powell, II, Minister Counselor for Consular Affairs, US Embassy Ottawa, Canada, do hereby state as follows:

1. I am now, and have been since July 17, 2004, the Minister Counselor for Consular Affairs (MCCA) at the United States Embassy in Ottawa, Canada. In my capacity as MCCA, I was responsible at the United States Embassy in Ottawa, Canada, for coordinating and overseeing the search for and the provision of materials responsive to the April 27, 2007, Memorandum Opinion and Order of the Honorable Paul L. Friedman, United States District Judge for the District of Columbia (hereafter "Order of the Court"). I make the following statements based upon my personal knowledge and information made available to me in the performance of my official duties.

2. OTTAWA conducted a search from July 10, 2007 until September 30, 2007 of both electronic and paper record files for all materials responsive to the Order of the Court. A team of nine officers and staff conducted a physical search of the following paper record files 1) archived hard copies of all Standard Operating Procedures ("SOPs") to locate Expedited Appointment SOPs dating back to January 2004 that no longer existed in the electronic database; 2) archived paper correspondence files to locate expedited appointment request received via facsimile, correspondence, or electronic mail (email), and the corresponding responses attached to those requests; and 3) hard copy general, subject and chronological files for any other stand-alone documents responsive to the Order of the Court, including the personal files maintained in the Embassy of all consular officers and staff. Electronic searches for SOPs, emails, or other stand-alone documents relating to expedited appointments were conducted by staff of the U.S. Embassy OTTAWA, in part by Consular staff, and in part by the Information Management staff who have authorized access to all electronic data maintained at post. The OTTAWA staff, including Consular staff and Information Management staff, spent over 100 work hours searching for and preparing copies of materials to be transmitted in response to the Order of the Court.

3. The search of the paper correspondence files and storage locations for expedited appointment requests yielded records of expedited appointment requests dating from January 2004 to May 31, 2007. OTTAWA produced photocopies of all such records in existence at post, including a hard copy of the request, any written discussion, decision and responses. Work spaces for Keith Powell, II, Sheila Berry, Jason Brenden, Antone Greubel, Aurelio Carreira, Diane Parker, Davida McKnight, Brian Fortier, and Jamie Soliere were also searched.

4. Per Department of State procedures, OTTAWA forwards the hard copies of all non-immigrant visa applications to the Kentucky Consular Center ("KCC") after one year for cataloging. KCC forwards these applications to the National Archives and Records Administration for storage until they are scheduled for destruction in accordance with all applicable laws. At the time of the search in July 2007, OTTAWA only retained at post the hard copies of non-immigrant visa applications received from MAY 2006 to July 2007. Therefore, materials prior to May 2006 could not be produced at post. It should be noted that OTTAWA does not routinely attach appointment requests to the visa files.

5. OTTAWA's search of electronic data on our active servers, which are retained for two weeks and available back-up tapes, which are retained for one year, yielded responsive emails, the SOPs previously mentioned and related material discussing the visa referral process. The parameters of the electronic search included all email and stand-alone electronic documents, e.g., documents

prepared on our office software applications, regarding expedited appointments located on shared drives, personal drives and hard drives for all consular officers and locally-engaged staff who approved or scheduled expedited non-immigrant visa interviews or who played any role in the process. Specifically, OTTAWA searched for materials maintained in the files or folders of all persons employed at the Consular Section of the U.S. Embassy in Ottawa during the timeframe in question: specifically the following individuals, some of whom had already departed post, as well as the specified shared mailboxes: Keith Powell, II, Sheila Berry, Jason Brenden, Antone Greubel, Aurelio Carreira, Diane Parker, Davida McKnight, Brian Fortier, and Jamie Soliere. OTTAWA also searched for files or folders for the following former staff: Leslie Gerson.

6. For the email and stand-alone electronic document searches, we used the following search term parameters: "emergency visa appointment", expedited visa appointment" and "appointment request". The Information Management staff conducted the search of personal and hard drives because they have access to all drives from the network server, not just shared drives. The information Management staff provided me with the results of the search. I made sure that all emails residing in the shared email folders that related to expedited appointments were included in the results. All responsive emails located during the search were produced in electronic format and provided on cd-rom.

7. According to the Information Management staff, any emails deleted prior to the search that were not available to be produced at the time of the Order of the Court are not retrievable, and OTTAWA has no way of discovering them. In addition, all of OTTAWA's electronic data, including emails and stand-alone electronic documents, are electronically stored on back-up tapes once a year. After one year, the tapes are reused. No other back-up server for electronic documents, either on- or off-site, exists. The data on the tapes are a snapshot of the documents on the server on the date they were captured. OTTAWA currently has the data from on or about August 25, 2006; August 31, 2007; and a day in April 2007.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Canada
Province of Ontario
City of Ottawa                        ss
Embassy of the
United States of America

Keith Powell, II
Minister Counselor for Consular Affairs
United States Embassy Ottawa

Sworn to and subscribed before me this

11th day of March, 2008.

_____
Notary Public

Alexander Schrank
Vice Consul of the
United States of America

My commission expires: INDEFINITE

