# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> MICHAEL JOHN O'KEEFE, SR. and ) <br> SUNIL AGRAWAL, ) <br> ) <br> Defendants. ) | Criminal Case No 1:06-cr-00249-PLF/JMF |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

Mr. Agrawal, through counsel, is providing notice to the Court through the electronic filing system that on April 16, 2008 Mr. Agrawal filed under seal with the Clerk's office a Motion to Modify Conditions of Release and provided a courtesy copy of that motion to chambers.

Counsel also certifies that on the 16th day of April 2007, a true and correct copy of the Sealed Motion to Modify Conditions of Release was served via facsimile and first class mail upon the following:

>Brenda Jene Johnson
>Denise Cheung
>US. Attorney's Office
>555 Fourth Street, N.W.
>Room 11-441
>Washington, D.C. 20530

Dated: April 16, 2008

                                          /s/
Thomas C. Green (D.C. Bar #14998)
Mark D. Hopson (D.C. Bar #394338)
David J. Ludlow (D.C. Bar #489136)
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005

DC1 1192447v.1