# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No 1:06-cr-00249-PLF/JMF |
| ) | |
| MICHAEL JOHN O'KEEFE, SR. and ) | |
| SUNIL AGRAWAL, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

Mr. Agrawal, through counsel, is providing notice to the Court through the electronic filing system that on April 22, 2008 Mr. Agrawal filed under seal with the Clerk's office a Reply to the Government's Opposition to Mr. Agrawal's Motion to Modify Conditions of Release and provided a courtesy copy of that reply to chambers.

Counsel also certifies that on the 16th day of April 2007, a true and correct copy of the sealed reply was served via facsimile and first class mail upon the following:

> Brenda Jene Johnson
> Denise Cheung
> US. Attorney's Office
> 555 Fourth Street, N.W.
> Room 11-441
> Washington, D.C. 20530

Dated:  April 22, 2008                                  _____/s/_____
                                                                       Thomas C. Green (D.C. Bar #14998)
                                                                       Mark D. Hopson (D.C. Bar #394338)
                                                                       David J. Ludlow (D.C. Bar #489136)
                                                                       SIDLEY AUSTIN LLP
                                                                       1501 K Street, NW
                                                                       Washington, DC 20005

DC1 1194747v.1