UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-0249-02 (PLF) |
| ) | |
| SUNIL AGRAWAL, ) | |
| ) | |
| Defendant. ) | |

ORDER

This matter is before the Court on Mr. Agrawal's motion to modify the conditions of his release, filed under seal on April 16, 2008.  The Court is reconsidering in part its decision embodied in earlier Orders dated January 16, 2007 and September 25, 2007.  The Court would like more information while it considers this issue.  Accordingly, it is hereby

ORDERED that Mr. Agrawal's counsel is directed to file a proposed Order with the Court on or before May 5, 2008 setting forth the details of the trips that Mr. Agrawal is requesting to take between now and September 1, 2008, including specifics regarding the length in days for each trip, the destinations proposed, and the potential date ranges for each requested trip, as well as the specific alternative conditions of release Mr. Agrawal is proposing the Court impose.  It is

FURTHER ORDERED that the government is directed to file a proposed Order with the Court on or before May 5, 2008 setting forth the alternative conditions of release the government requests the Court impose if it grants Mr. Agrawal's request, including specific language.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: April 24, 2008