IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No 1:06-cr-00249-PLF/JMF |
| ) | |
| MICHAEL JOHN O'KEEFE, SR. and ) | |
| SUNIL AGRAWAL, ) | |
| ) | |
| Defendants. ) | |

## MR. AGRAWAL'S PROPOSED ORDER
## MODIFYING CONDITIONS OF RELEASE

Upon consideration of Mr. Agrawal's Motion to Modify Conditions of Release filed under seal on April 16, 2007, and the government's opposition thereto, it is hereby ORDERED that:

1. Mr. Agrawal's Motion to Modify Conditions of Release is **GRANTED**.

2. Mr. Agrawal is permitted to take the following business trips pursuant to the modified conditions of his release as set forth in paragraph 3:

| Destination(s)[1] | Approx. Stay at Each Destination | Maximum Trip Length | Potential Date Ranges for Trip |
|---|---|---|---|
| 1. Jaipur, India<br>Mumbai, India<br>London, United Kingdom | 4<br>2<br>2 | 12 days (including travel days) | 5/1/08 – 6/15/08 |
| 2. London, United Kingdom<br>Dusseldorf / Koln, Germany | 3<br>2 | 6 days (including travel days) | 5/10/08 – 6/25/08 |
| 3. Jaipur, India<br>Mumbai, India<br>London, United Kingdom | 4<br>2<br>2 | 10 days (including travel days) | 8/15/08 – 9/15/08 |

---

[1] Mr. Agrawal will be permitted to travel to the destinations set forth in the above chart and to transit through any other locations (*i.e.*, airports), as necessary, to complete the permitted travel.

3. The conditions of Mr. Agrawal's release as set forth in the Court's November 9, 2006 order [Docket No. 26] are modified as follows:

 (a) Mr. Agrawal shall continue to report to Pre-Trial Services in the Southern District of New York on a weekly basis.

 (b) Mr. Agrawal may travel for business within the continental United States as long as he provides Pre-Trial Services in the Southern District of New York with 24 to 48 hours notice prior to any such travel, and reports to Pre-Trial Services within 24 hours upon his return.

 (c) Mr. Agrawal may travel internationally as set forth in paragraph 2 of this Order, subject to the following additional conditions of release:

  (i) Mr. Agrawal shall post a $40,000 unsecured appearance bond (in addition to the $10,000 already posted);

  (ii) Mr. Agrawal's wife and children shall surrender their passports to Pre-Trial Services in the Southern District of New York for the duration of each trip taken by Mr. Agrawal;

  (iii) Mr. Agrawal shall execute an extradition waiver;

  (iv) Mr. Agrawal shall file a detailed trip itinerary with Pre-Trial Services in the Southern District of New York 48 hours prior to each trip;

  (v) Mr. Agrawal shall report by telephone to Pre-Trial Services every other day while traveling pursuant to paragraph 2 of this Order;

  (vi) As a further showing of good faith, Mr. Agrawal shall arrange and pay for an attorney from Sidley Austin LLP to accompany and supervise him while traveling pursuant to paragraph 2 of this Order.

 (d) After completing the trips set forth in paragraph 2, Mr. Agrawal shall surrender his travel documents to Pre-Trial Services in the Southern District of New York, and not apply for any travel documents.

4. Pursuant to this Order, the Court Clerk will prepare and issue a new Conditions of Release Form, attaching this Order, to Pre-Trial services in the Southern District of

New York.

5. The U.S. Attorney's Office for the District of Columbia shall promptly provide Mr. Agrawal with an extradition waiver for execution.

6. The U.S. Attorney's Office for the District of Columbia shall fully cooperate with counsel for Mr. Agrawal in order to secure the return of Mr. Agrawal's travel documents pursuant to this Order.

7. Pre-Trial Services in the Southern District of New York shall immediately release Mr. Agrawal's passport to Mr. Agrawal pursuant to this Order.

8. Customs and Border Patrol at the Dulles Airport shall immediately release Mr. Agrawal's permanent residence (green) card to Mr. Agrawal or his counsel, Sidley Austin LLP, pursuant to this Order.

9. Customs and Border Patrol, the State Department, and the Department of Justice shall take any steps necessary to facilitate Mr. Agrawal's travel and reentry into the United States <u>as a permanent resident</u>, including but not limited to, modification of any travel restriction notices, Interpol notices, All Points Bulletins, or other law enforcement system mechanisms that would inhibit Mr. Agrawal's travel.

**SO ORDERED.**

Dated: _____, 2008

_____
PAUL L. FRIEDMAN
United States District Judge