## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No 1:06-cr-00249-PLF/JMF |
| ) | |
| MICHAEL JOHN O'KEEFE, SR. and ) | |
| SUNIL AGRAWAL, ) | |
| ) | |
| Defendants. ) | |

### OPPOSITION TO GOVERNMENT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE PROPOSED ORDER

Mr. Agrawal, through counsel, respectfully opposes the government's request for an extension of time to respond to the Court's April 24, 2008 Order.

Mr. Agrawal has now filed his proposed order modifying the conditions of his release. As a result, the government has ample time to "review the specific details of Defendant Agrawal's proposed travel plans and suggested conditions of release in order to appropriately tailor the language and conditions of release in the government's proposed Order" and still comply with the May 5, 2008 deadline set by the Court's April 24, 2008 Order.

Dated: May 1, 2008                    Respectfully submitted,

_____/s/_____
Thomas C. Green (D.C. Bar #14998)
Mark D. Hopson (D.C. Bar #394338)
David J. Ludlow (D.C. Bar #489136)
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005

*Counsel for Defendant Sunil Agrawal*