**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Case No 1:06-cr-00249-PLF/JMF |
| | ) | |
| MICHAEL JOHN O'KEEFE, SR. and | ) | |
| SUNIL AGRAWAL, | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED TO ORDER**

Upon consideration of the Agreed To Motion for Extension of Time to File, it is hereby

ORDERED that the Consent Motion for Extension of Time to File is GRANTED; it is

FURTHER ORDERED that defendants shall have until June 6, 2008 to file any motions

pursuant to the Court's February 20, 2008 Order concerning the Toronto consulate.

SO ORDERED.


_____
JOHN M. FACCIOLA
United States District Court Magistrate Judge

DC1 1203398v.1