IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 16 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Case No 1:06-cr-00249-PLF/JMF |
| | ) |
| MICHAEL JOHN O'KEEFE, SR. and | ) |
| SUNIL AGRAWAL, | ) |
| | ) |
| Defendants. | ) |

### AGREED TO ORDER

Upon consideration of the Agreed To Motion for Extension of Time to File, it is hereby ORDERED that the Consent Motion for Extension of Time to File is GRANTED; it is FURTHER ORDERED that defendants shall have until June 6, 2008 to file any motions pursuant to the Court's February 20, 2008 Order concerning the Toronto consulate.

SO ORDERED.

_____
~~JOHN M. FACCIOLA~~
United States District ~~Court Magistrate~~ Judge

May 16, 2008

DC1 1203398v1