IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-CR-0249 (PLF/JMF) |
| | : | |
| v. | : | **FILED** |
| | : | |
| MICHAEL JOHN O'KEEFE, Sr., and | : | MAY 2 3 2008 |
| SUNIL AGRAWAL, | : | |
| | : | NANCY MAYER WHITTINGTON, CLERK |
| Defendants. | : | U.S. DISTRICT COURT |

## DECLARATION OF SUNIL AGRAWAL

I, Sunil Agrawal, do hereby state as follows:

I understand that I am currently facing serious criminal charges in the above-captioned case. I have petitioned the Court to travel outside of the United States in order to attend to important business matters. It is my intention to return to the United States to stand trial in this matter. I understand that the United States would seek to introduce evidence of my flight or failure to return to the United States at any trial or proceeding related to this case. I further understand that the United States would seek to extradite me from any foreign country in the event that I fail to return to the United States.

I agree not to oppose my extradition back to the United States in the event that I fail to return to the country. I further agree that neither I, nor any of my agents or attorneys acting on my behalf, will attempt to exercise any rights I have in any foreign or U.S. proceeding or matter to oppose my extradition to the United States.

Moreover, I agree that neither I, nor any of my agents or attorneys acting on my behalf, will oppose the introduction of evidence of my flight or failure to return to the United States at any trial or proceeding related to this case.

I have read this Declaration and have discussed it with my attorney, Thomas C. Green,

Esquire. I fully understand this Declaration and agree to it without reservation. I do this knowingly and voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Declaration fully.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
SUNIL AGRAWAL

Sworn to and subscribed before me this

22nd day of May, 2008

_____
Notary Public

My commission expires:

KAREN BETTS HEMMINGS
Notary Public, State of New York
No. 01BE6002011
Qualified in Kings County
Commission Expires February 2, 2009