IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>MICHAEL JOHN O'KEEFE, SR. and )<br>SUNIL AGRAWAL, )<br>)<br>Defendants. ) | Criminal Case No 1:06-cr-00249-PLF/JMF |

### JOINT MOTION TO DISMISS

Pursuant to the Court's February 20, 2008 Memorandum Opinion and Order, Federal Rules of Criminal Procedure 12(b)(3) & 16(d)(2), *Brady* v. *Maryland*, 373 U.S. 83 (1963), and *Arizona* v. *Youngblood*, 488 U.S. 51 (1988), defendants respectfully move the Court for an order dismissing the Indictment.

The grounds supporting this motion are set forth in the accompanying memorandum.

Dated: June 6, 2008

Respectfully submitted,

_____/s/_____
Thomas C. Green (D.C. Bar #14998)
Mark D. Hopson (D.C. Bar #394338)
David J. Ludlow (D.C. Bar #489136)
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005

*Counsel for Defendant Sunil Agrawal*


_____/s/_____
Bernard S. Grimm
COZEN O'CONNER

        The Army and Navy Building
        1627 I Street, N.W. Suite 1100
        Washington, D.C. 20006
        *Counsel for Defendant Michael John O'Keefe*