

# Brett D. Harrison

Director - Electronic Evidence and Information Security

Brett.Harrison@FTIconsulting.com

1201 Eye Street, NW
Suite 300
Washington, DC 20005
Tel: (202) 286-0514

**Certifications**
Former FBI Certified Forensic Examiner of Microsoft Windows and UNIX based digital evidence.

**Education**
Bachelor of Electrical Engineering, Villanova University, 1990

Brett Harrison is a Director in FTI's Electronic Evidence Consulting Practice and is based in Washington, DC. Mr. Harrison has over fifteen years of experience related to the forensic examination of computers, computer media and electronic devices. Prior to joining FTI, Mr. Harrison was employed by the Federal Bureau of Investigation (FBI) at their Headquarter locations in Virginia and Maryland. While employed by the FBI he worked as a Forensic Examiner of computers and computer related media as well as an examiner of other electronic devices. He also served as the Program Manager on multiple high profile computer forensic networking and forensic tool development projects. He assisted in the drafting of portions of the FBI's Standard Operating Procedures related to the forensic acquisition and processing of computers and computer related media.

**Professional Experience**

During the period from 1999 until 2006, Mr. Harrison was a member of the FBI's Computer Analysis Response Team (CART) Unit at FBI Headquarters. The FBI's CART Unit is responsible for the forensic acquisition and examination of computers and computer related media. The Unit is responsible for ensuring that the FBI's 400+ computer forensic examiners have the necessary knowledge, skills and tools required to perform computer forensic examinations.

During this time period Mr. Harrison worked as a FBI computer Forensic Examiner and personally conducted forensic examinations of computers and computer related media. As a computer Forensic Examiner he led searches of suspect's residences for computer based evidence and assisted on many high profile investigations across the country. In addition to his responsibilities as a Forensic Examiner he also assumed several managerial roles within the FBI.

During the period of January 2005 through September of 2006, Mr. Harrison served as the Forensic Networks Program Manager. The Forensic Networks Program Manager has two main areas of responsibility. The first is to acquire and deploy enterprise level forensic network storage and review systems across the FBI. This was accomplished by designing, certifying, acquiring and deploying specialized computer network systems to twenty-five FBI locations. The project was a three year, twenty million dollar team effort which culminated under Mr. Harrison's direction. Additionally, Mr. Harrison oversaw the development of custom training material that is currently being "rolled-out" to thousands of FBI Special Agents and is transforming the manner in which FBI Agents integrate digital evidence into their investigations. Another area of responsibility which was assumed was that of ensuring that the FBI's computer forensic examiners had the ability to examine large enterprise applications such as Microsoft Exchange servers and proprietary Oracle database applications in support of large investigations.

During the period of 2001 until 2004, Mr. Harrison worked as the FBI CART Unit's UNIX Program Manager. The UNIX Program Manager is responsible for ensuring that the FBI's 400+ computer forensic examiners have the necessary knowledge, skills and tools required to perform forensic examinations of UNIX related media. As the UNIX Program Manager, Mr. Harrison led the development of custom and semi-custom Linux based tools to allow the FBI's forensic examiners

to accomplish their objectives. Mr. Harrison routinely developed and presented week long UNIX training and certification classes to the CART Unit's forensic examiners and provided UNIX technical support to the FBI's field examiners on many large searches and investigations. He presented material at large gatherings which were typically comprised of hundreds of individuals and has been generally considered an expert in the field of computer forensic processing.

For eight years prior to working with the FBI's CART Unit, Mr. Harrison worked as a Forensic Examiner and Program Manager for the FBI's Electronic Device Analysis Program at FBI Headquarters. The mission of the Electronic Device Analysis Program was to conduct forensic examinations and complete the reverse engineering of electronic devices received as evidence in criminal investigations. The electronic devices varied in complexity from simple RC circuits to sophisticated satellite receiver modification. During the eight years that he worked in the program, he spent three years as an apprentice under an experienced forensic examiner and then spent five years conducting hundreds of examinations. He was routinely required to explain his findings with expert reports and to provide courtroom testimony.

**Speaking Engagement/Lectures**

During his tenure with the FBI, Mr. Harrison developed and presented several computer forensic training courses.  The courses educated the FBI's computer forensic examiners in areas related to the preservation and processing of both routine computer systems and complicated RAID storage systems as well as the preservation and processing of UNIX based computer systems.

He has lectured to students at John Hopkins University in Baltimore regarding topics related to computer forensics and has also lectured to the FBI's senior CART examiners and Squad Supervisors regarding techniques for the management of large computer preservation and processing efforts.

Since joining FTI, he has presented classroom style lectures at the Cybercrime Summit in Atlanta, Georgia as well as at the American Bar Association's (ABA) National Institute on Computing and the Law in San Francisco.  He has recently been published by the ABA on the topic of recovering "Double Deleted" Microsoft Outlook email messages.

**Training**

| | |
|---|---|
| Guidance Software Encase Intermediate, 2006 | TCP/IP Fundamentals, 1999 |
| Guidance Software Encase Fundamentals, 2006 | National Infrastructure Protection Center, 1999 |
| Microsoft Advanced Forensics, 2005 | Quality Assurance in the Laboratory, 1999 |
| RAID Imaging and Processing, 2005 | Executive Development for Managers, 1999 |
| Access Data Forensic ToolKit (FTK), 2004 | Expert Witness Seminar, 1998, 1996 |
| Redhat Linux, 2003 | Seizure and Examination of Microcomputers, 1995 |
| PC Configuration and Troubleshooting, 2000 | Contracting Officer's Technical Representative, 1995 |
| UNIX Forensics, 2000 | Interagency Training Center, 1994 |
| FBI Advanced Computer Forensics, 2001,2003 | Local Area Network Installation, 1993 |
| FBI Computer Forensic Fundamentals, 2000 | Technical Surveillance Countermeasures School, 1992 |
| Computer Networking Fundamentals, 1999 | Technically Trained Agents School, 1992 |



### Testimony, Deposition and Declaration Experience

Mr. Harrison has testified many times in Federal and State courts. The matters have included both criminal and civil proceedings. He has been qualified as an expert in computers, computer forensics and the operation of specific electronic devices.

**01/08/2008 Albany, NY:** *This matter has not yet settled*

Submitted an Expert Declaration to refute a Declaration provided by opposing Counsel's Experts, Stroz Friedberg. Assisted Defendant's Counsel in preparation for cross-examination of the opposing expert. At issue was whether the Plaintiff had presented adequate evidence to justify the Judge's granting of a restraining order against the Defendant's thereby baring them from advancing their new business. The judge ruled in favor of our client and dismissed the Plaintiff's request for a restraining order.

**09/05/2007 Arlington, Virginia: CACI-INC. vs. Multimax Corp**

Testified in the Circuit Court of Arlington regarding FTI Consulting's computer forensic collection, processing and presentation process. At issue was the possible spoliation of computer media which opposing counsel alleged had not been collected in a timely fashion. The matter was resolved in a manner acceptable to both parties.

**04/27/2007 New York, NY: Calyon vs. Mizuho Securities**

Submitted an Expert Declaration to refute a Declaration provided by the opposing Counsel's Experts, Guidance Software. Also provided statements regarding FTI Consulting's computer forensic collection, processing and presentation process as well as FTI's ability to conduct accurate keyword searches on computer evidence.

**03/27/2007 Houston, Texas:** *This matter has not yet been settled*

Examined a CDROM containing a number of important files and provided expert testimony at a civil arbitration hearing regarding when the files were written to the CDROM.

**01/12/2007 New Orleans, LA:** *This matter has not yet been settled*

Provided expert support to aid in the deposition of an opposing computer forensic expert from Ernst & Young's Computer Forensic Services Practice.

**07/14/2003 San Juan, PR: United States vs. Jorge Hernandez Diaz**

This was a very high profile murder/dismemberment case in San Juan. Mr. Harrison recovered information related to the last number dialed from a badly damaged cellular telephone. The information was significant to the case and he was qualified as an expert in the operation of computer controlled devices.

**02/08/1999 Brooklyn, New York: United States vs. Gurmeet Singh Dhinsa**

Testified in the United States vs. Gurmeet Singh Dhinsa. This was a homicide and electronics fraud investigation. Mr. Harrison was qualified as an expert in modifications to electronic circuits.



Brett D. Harrison

**11/12/1998 San Juan, Puerto Rico**

Testified regarding the operation of a telephone voice scrambling device.

**10/14/1998 Alexandria, VA: United States vs. Squillacote, Stand and Clark**

This was a high profile East German espionage case. Mr. Harrison examined an electronic organizer and was qualified as an expert in the operation of small computers

**07/13/1998 Brooklyn, NY: United States vs. Ghazi Ibrahim Abu Maizar**

This was a terrorism matter in which Mr. Harrison examined bomb detonation circuitry and provided expert testimony regarding the operation of the detonation mechanism.

| Date | Description |
|---|---|
| 06/25/1998 | Miami, FL: Electronic Organizer (Provided fact testimony, no attempt was made to qualify me as an expert) |
| 10/23/1997 | Nashville, TN: Electronic Organizer (Provided fact testimony, no attempt was made to qualify me as an expert) |
| 01/23/1997 | Beaumont, TX: Electronics fraud investigation |
| 01/14/1997 | Lancaster, PA: Motorola RF Transceiver |
| 09/30/1996 | Washington DC: Motorola Bravo Pager |
| 05/13/1996 | New York, NY: Telephone scrambling devices (The Scrambler) |
| 04/04/1996 | Camden, NJ: DTMF tones on audio tape |
| 03/29/1996 | DEPOSITION: Quantico, VA: Electronics fraud investigation |
| 02/08/1996 | Beaumont, TX: Electronics fraud investigation |
| 12/27/1995 | New York, NY: Telephone scrambling devices (The Scrambler) |
| 03/07/1995 | Greenville, SC: RF transmitter (Baby monitor hidden in clock radio) |
| 10/24/1994 | Baltimore, MD: Cellular telephones |