

U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

October 29, 2007

<u>HAND DELIVERY</u>

Bernard S. Grimm, Esquire
503 D Street, N.W.
Suite 250
Washington, D.C. 20001

Thomas C. Green, Esquire
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005

Re: <u>United States v. Michael John O'Keefe, Sr. and Sunil Agrawal,</u>
Criminal No. 06-249 (PLF)

Dear Mr. Grimm and Mr. Green:

This correspondence is to provide you with a copy of all electronic materials provided by the U.S. State Department in their original formats (and without bates numbering) as we discussed in our letter of October 10, 2007.

This production is subject to the July 3, 2007, protective order and includes materials from Toronto (1 CD), Mexico City (2 CDs) and Nogales (1 CD).

Sincerely,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By: *Brenda J. Johnson*
Brenda J. Johnson
Denise Cheung
Assistant United States Attorneys
National Security Section

Attachments