# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No 1:06-cr-00249-PLF/JMF |
| ) | |
| MICHAEL JOHN O'KEEFE, SR. and ) | |
| SUNIL AGRAWAL, ) | |
| ) | |
| Defendants. ) | |

## PROPOSED ORDER

Upon consideration of Sunil Agrawal's Third Motion to Compel, it is hereby

ORDERED that Mr. Agrawal's Third Motion to Compel is GRANTED; it is

FURTHER ORDERED that the government shall produce unredacted copies of the Consolidated Computer Database records originally produced on May 16, 2008; it is

FURTHER ORDERED that the government shall take steps to preserve documents and materials potentially responsive to Requests. 3, 4, and 5 as set forth in Mr. Agrawal's April 4, 2008 letter; it is

FURTHER ORDERED that the government shall collect and produce all documents, items, and information responsive to Mr. Agrawal's Requests 3, 4, and 5; it is

FURTHER ORDERED that prior to searching for and collecting any electronic documents, items, and information responsive to Mr. Agrawal's Request Nos. 3, 4, and 5, the parties shall agree in writing upon the search protocols, search terms, and the form of production to be used by the government.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge