## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal Case No 1:06-cr-00249-PLF/JMF |
| MICHAEL JOHN O'KEEFE, SR. and SUNIL AGRAWAL, | ) |
| Defendants. | ) |

### NOTICE

Mr. Agrawal, through counsel, is providing notice to the Court that on Tuesday June 19, 2008, he returned to the United States after completing his first international trip pursuant to the Court's May 23, 2008 Order Modifying Conditions of Release. Mr. Agrawal has at all times complied with the conditions of his release.

Dated: June 19, 2008

　　　　　　　　　　　　　　/s/　　　　　　　　　　　　　
Thomas C. Green (D.C. Bar #14998)
Mark D. Hopson (D.C. Bar #394338)
David J. Ludlow (D.C. Bar #489136)
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005

DC1 1220065v.1