# EXHIBIT 3
# Filed Under Seal

Case 1:06-cr-00249-PLF-JMF    Document 121-5    Filed 07/03/2008    Page 1 of 1