IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:06-CR-00249 (PLF/JMF) |
| | : | |
| v. | : | |
| | : | |
| MICHAEL JOHN O'KEEFE, Sr., | : | |
| SUNIL AGRAWAL, | : | |
| | : | |
| **Defendants** | : | |

### ORDER

Upon careful consideration of Defendant Sunil Agrawal and Defendant Michael John O'Keefe, Sr.'s Joint Motion to Dismiss and the government's Opposition thereto, the Court hereby

ORDERS that the Motion to Dismiss is DENIED.

SO ORDERED, this _____ day of _____, 2008.

_____
THE HONORABLE PAUL L. FRIEDMAN
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Serve:  Brenda J. Johnson
        Denise Cheung
        Assistant United States Attorneys
        National Security Section
        United States Attorney's Office
        555 4th Street, NW
        Washington, D.C. 20530

        Bernard S. Grimm, Esq.
        Cozen O'Connor
        1627 I Street, NW
        Washington, D.C. 20006

        Thomas C. Green, Esq.
        Mark D. Hopson, Esq.
        David J. Ludlow, Esq.
        Sidley Austin LLP
        1501 K Street, N.W.
        Washington, D.C. 20005