

## DECLARATION

I, John Long, do hereby state as follows:

1. I am now, and have been since December 1996, a Computer Management Assistant at the United States Consulate General in Toronto, Canada. I was directed by my supervisor, Gilbert Furtado, to perform an electronic search for e-mails responsive to the April 27, 2007, Memorandum Opinion and Order of the Honorable Paul L. Friedman, United States District Judge for the District of Columbia (hereinafter "Order of the Court"). I make the following statements based upon my personal knowledge and information made available to me in the performance of my official duties.

2. I conducted a search for responsive emails to or from staff members involved in the visa process. Gilbert Furtado provided me with a list of these individuals. I searched both their mailboxes and their personal folders (.pst files).

3. To perform my search, I used the Microsoft Outlook search program. This was the only search method available to me.

4. I originally performed a search including wildcard terms, based on the list of terms Peggy Petrovich supplied to me. However, that search produced an inordinate number of unresponsive documents. The phrases "early appointment," early interview," "expedite appointment," and "expedite interview" were subsequently developed to narrow the search results.

5. The new search phrases would still have "hit" upon derivatives of each phrase. For instance, the search term "expedite appointment" would have turned up documents containing the phrases "expedited appointment" and "expedites appointments."

6. I was able to search .pst information located on our P:drive for emails of former employees, including Michael Schimmel, Michael O'Keefe, Robert Thomas and Donald Steele. Any responsive emails to or from these individuals were included in my search results.

7. Defendants' claim (page 11, footnote 5, in their Memorandum of Points and Authorities in Support of Defendants' Joint Motion to Dismiss) that I awkwardly adjusted my statement as to the search of the personal folders is false. I never said that the UltraBackup restores do not include email from .pst files. With respect to the final sentence in the footnote, I was referring to the fact that once responsive emails were located in both a user's mailbox and their personal folders, we consolidated those results into one folder for each person.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

John Long
Computer Management Assistant
United States Department of State
United States Consulate General Toronto
360 University Avenue
Toronto, Ontario M5G 1S4
CANADA

CANADA
PROVINCE OF ONTARIO
CITY OF TORONTO
CONSULATE GENERAL OF THE
UNITED STATES OF AMERICA

Sworn to and subscribed before me this
3rd day of July, 2008

APRIL C. SCARROW
VICE CONSUL OF THE
UNITED STATES OF AMERICA

Notary Public

My commission expires: **INDEFINITE**