IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:06-CR-00249 (PLF/JMF)** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL JOHN O'KEEFE, Sr.,** | : | |
| **SUNIL AGRAWAL,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

Upon careful consideration of Defendant Sunil Agrawal's Third Motion to Compel Discovery and the government's Opposition thereto, and arguments thereupon, the Court hereby ORDERS that Defendant Agrawal's Third Motion to Compel Discovery is Denied.

SO ORDERED, this _____ day of _____, 2008.

_____
THE HONORABLE JOHN M. FACCIOLA
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Serve:  Brenda J. Johnson
       Denise Cheung
       Assistant United States Attorneys
       National Security Section
       United States Attorney's Office
       555 4th Street, N.W.
       Washington, D.C. 20530

       Bernard S. Grimm, Esq.
       Cozen O'Connor,
       1627 I Street, N.W.
       Washington, D.C. 20006

Thomas C. Green, Esq.
Mark D. Hopson, Esq.
David J. Ludlow, Esq
Sidley Austin LLP.
1501 K Street, N.W.
Washington, D.C. 20005