UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  v.<br><br>MICHAEL JOHN O'KEEFE, SR. and<br>SUNIL AGRAWAL,<br><br>  Defendants. | Crim. No. 06-249 (PLF/JMF) |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that defendant Sunil Agrawal's Third Motion to Compel Discovery [#117] is **DENIED**. It is further, hereby,

**ORDERED** that his Motion to Amend Memorandum of Law in Support of Mr. Agrawal's Third Motion to Compel [#118] is **GRANTED.**

  **SO ORDERED.**


_____/S/_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: August 19, 2008