Case 1:06-cr-00249-PLF-JMF     Document 137     Filed 08/26/2008     Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   v.<br><br>MICHAEL JOHN O'KEEFE, SR. and<br>SUNIL AGRAWAL,<br><br>            Defendants. | )<br>)<br>)<br>)<br>) Criminal Case No 1:06-cr-00249-PLF/JMF<br>)<br>)<br>)<br>) |

### DEFENDANT AGRAWAL'S
### FOURTH MOTION TO COMPEL

Pursuant to Federal Rule of Criminal Procedure 12(a)(3)(E) and *Brady* v. *Maryland*, Mr. Agrawal, through counsel, respectfully moves the Court for an order compelling the government to provide the defendants with the electronic data described in the government's August 26, 2008 Notice to the Court.

Dated: August 26, 2007                Respectfully submitted,

                                   _____/s/_____
                                   Thomas C. Green (D.C. Bar #14998)
                                   Mark D. Hopson (D.C. Bar #394338)
                                   David J. Ludlow (D.C. Bar #489136)
                                   SIDLEY AUSTIN LLP
                                   1501 K Street, NW
                                   Washington, DC 20005
                                   (202) 736-8000
                                   *Counsel for Defendant Sunil Agrawal*