# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| v. | ) ) Criminal Case No 1:06-cr-00249-PLF/JMF |
| MICHAEL JOHN O'KEEFE, SR. and SUNIL AGRAWAL, | ) ) ) |
| Defendants. | ) ) |

## PROPOSED ORDER

Upon consideration of Mr. Agrawal's Fourth Motion to Compel, it is hereby:

ORDERED that Mr. Agrawal's Fourth Motion to Compel is GRANTED; it is

FURTHER ORDERED that the government shall produce to defendants for forensic inspection all electronic data identified in the Government's August 26, 2008 Notice to the Court;

SO ORDERED.

_____
JOHN M. FACCIOLA
United States Magistrate Judge