# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                          )<br>        v.                                                )   Criminal Case No 1:06-cr-00249-PLF/JMF<br>                                                          )<br>MICHAEL JOHN O'KEEFE, SR. and  )<br>SUNIL AGRAWAL,                              )<br>                                                          )<br>        Defendants.                              ) | |

## NOTICE

Mr. Agrawal, through counsel, is providing notice to the Court that on Saturday, August 23, 2008, he returned to the United States after completing his third international trip pursuant to the Court's May 23, 2008 Order Modifying Conditions of Release. Mr. Agrawal has at all times complied with the conditions of his release.

Dated: August 26, 2008

_____/s/_____
Thomas C. Green (D.C. Bar #14998)
Mark D. Hopson (D.C. Bar #394338)
David J. Ludlow (D.C. Bar #489136)
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005

DC1 1250744v.1