# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,     )

                      )

           v.             )   Criminal Case No 1:06-cr-00249-PLF/JMF

MICHAEL JOHN O'KEEFE, SR. and   )

SUNIL AGRAWAL,           )

           Defendants.    )

## <u>PROPOSED ORDER</u>

Upon consideration of the Motion to Withdraw Mr. Agrawal's Fourth Motion to Compel, it is hereby:

ORDERED that the Motion to Withdraw is GRANTED; it is

FURTHER ORDERED that Mr. Agrawal's Fourth Motion to Compel is withdrawn while preserving defendant's objections or arguments set forth therein.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Court Judge