IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP - 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | )  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal Case No 1:06-cr-00249-PLF/JMF |
| MICHAEL JOHN O'KEEFE, SR. and | ) |
| SUNIL AGRAWAL, | ) |
| | ) |
| Defendants. | ) |

### ~~PROPOSED~~ ORDER

Upon consideration of the Motion to Withdraw Mr. Agrawal's Fourth Motion to Compel, it is hereby:

ORDERED that the Motion to Withdraw is GRANTED; it is

FURTHER ORDERED that Mr. Agrawal's Fourth Motion to Compel is withdrawn while preserving defendant's objections or arguments set forth therein.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Court Judge

9/5/08

DC1 1251750v 1