**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Case No 1:06-cr-00249-PLF/JMF |
| | ) |
| MICHAEL JOHN O'KEEFE, SR. and | ) |
| SUNIL AGRAWAL, | ) |
| | ) |
| Defendants. | ) |

**UNOPPOSED MOTION TO MODIFY ORDER GRANTING
UNOPPOSED MOTION TO TRAVEL PURSUANT TO
CONDITIONS OF RELEASE SET BY THE MAY 23, 2008 ORDER**

Mr. Agrawal respectfully moves the Court to make two minor modifications to the destination schedule (paragraph 2) set forth in the Court's September 9, 2008 Order. A revised unopposed order is attached. In light of the Court's prior May 23, 2008 Order rejecting the government's opposition to modifying Mr. Agrawal's conditions of release, the government does not oppose this motion.

Specifically, Mr. Agrawal requests permission to travel to any or all of the authorized international destinations in an authorized date range—provided that the total international stay for all trip(s) in that authorized date range does not exceed 14 days (including travel days). Mr. Agrawal also requests that for the authorized international travel period of 9/15/08 – 9/30/08, he be permitted to travel to Panyu, Shenzhen, and/or Hong Kong China in lieu of the currently authorized trip to Bangkok, Thailand.

All the other conditions of release would stay the same.

The purpose of these modifications is facilitate the logistics of trips to both Asia and Europe, and to ensure, *inter alia*, Mr. Agrawal's ability to respond to specific business needs

in real time, prevent disruption to his domestic operations, and accommodate potential court appearances.  For example, in some cases, it may be more economical, convenient, and logical to make one 7-day trip to Europe (including travel days), return to the United States to attend business meetings, and then make another 7-day trip to Asia (including travel days) within an authorized period.  This flexibility would also, for example, allow Mr. Agrawal to attend important business meetings that are scheduled at opposite ends of a given month but would still not permit Mr. Agrawal to be absent for longer than 14 days in any authorized date range.

WHEREFORE, for the above reasons, counsel respectfully requests that the Court grant this consent motion and enter the attached modified motion to travel.  Mr. Agrawal also respectfully requests that the Court issue six (6) original signed copies of the order bearing the Court's seal for use by Pre-Trial Services and Mr. Agrawal.

Dated: September 12, 2008                    Respectfully submitted,


_____/s/_____

Thomas C. Green (D.C. Bar #14998)
Mark D. Hopson (D.C. Bar #394338)
David J. Ludlow (D.C. Bar #489136)
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000

2