## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,         ) <br> ) <br> v.                                                   ) <br> ) <br> MICHAEL JOHN O'KEEFE, SR. and  ) <br> SUNIL AGRAWAL,                         ) <br> ) <br>           Defendants.                    ) | Criminal Case No 1:06-cr-00249-PLF/JMF |

### ORDER AUTHORIZING CONTINUED INTERNATIONAL TRAVEL

Upon consideration of Mr. Agrawal's <u>Unopposed</u> Motion to Travel Pursuant to Conditions of Release Set by the May 23, 2008 Order, it is hereby ORDERED that:

1. Mr. Agrawal's <u>Unopposed</u> Motion to Travel Pursuant to Conditions of Release Set by the May 23, 2008 Order is **GRANTED**.

2. Mr. Agrawal is permitted to travel internationally as set forth below pursuant to the conditions of release which are set forth in the Court's May 23, 2008 Order and repeated in paragraph 3 of this Order:

| Destination(s)[1] | Approx. Stay at Each Destination | Maximum International Stay | Potential Date Ranges for Trip |
|---|---|---|---|
| London, United Kingdom <br> Dusseldorf / Koln, Germany <br> India (Jaipur, Mumbai, New Delhi) <br> *and/or* <br> China (Panyu, Shenzhen, Hong Kong) | 2 <br> 2 <br> 6 <br> <br> 4 | 14 days (including travel days) | 9/15/08 – 9/30/08 |
| London, United Kingdom <br> Dusseldorf / Koln, Germany <br> India (Jaipur, Mumbai, New Delhi) <br> *and/or* <br> China (Panyu, Shenzhen, Hong Kong) | TBD | 14 days (including travel days) | 10/1/08 – 10/31/08 |

---

[1] Mr. Agrawal will be permitted to travel to <u>one or more</u> the destinations set forth in the above and to transit through any other locations (*i.e.*, airports), as necessary, to complete the permitted travel.

| | | | |
|---|---|---|---|
| London, United Kingdom<br>Dusseldorf / Koln, Germany<br>*and/or*<br>India (Jaipur, Mumbai, New Delhi) | TBD | 14 days (including travel days) | 11/1/08 – 11/30/08 |
| London, United Kingdom<br>India (Jaipur, Mumbai, New Delhi)<br>*and/or*<br>Tokyo, Japan | TBD | 14 days (including travel days) | 12/1/08 – 12/31/08 |
| London, United Kingdom<br>India (Jaipur, Mumbai, New Delhi)<br>Bangkok, Thailand<br>*and/or*<br>China (Panyu, Shenzhen, Hong Kong) | TBD | 14 days (including travel days) | 1/1/09– 1/31/09 |
| London, United Kingdom<br>Dusseldorf / Koln, Germany<br>*and/or*<br>India (Jaipur, Mumbai, New Delhi) | TBD | 14 days (including travel days) | 2/1/09– 2/28/09 |

3.  The conditions of Mr. Agrawal's release as set forth in the Court's May 23, 2008 order [Docket No. 112] shall remain in effect. These conditions are as follows:

> (a) While in the United States, Mr. Agrawal shall continue to report to Pre-trial Services in the Southern District of New York ("Pre-trial Services") on a weekly basis.
>
> (b) Mr. Agrawal may travel for business within the continental United States as long as he provides Pre-trial Services with 24 to 48 hours notice prior to any such travel, and reports to Pre-trial Services within 24 hours upon his return.
>
> (c) Mr. Agrawal may travel internationally as set forth in paragraph 2 of this Order, subject to the following additional conditions of release:
>
>> (i) At least five business days prior to each scheduled departure, Mr. Agrawal must:
>>
>> – file with Pre-trial Services a verifiable itinerary with airline reservations and hotel and contact information; and
>>
>> – surrender any and all passports of his wife and minor children to Pre-trial Services.

    (ii)    After Mr. Agrawal satisfies the conditions in paragraph 3(c)(i) of this Order, Pre-trial Services shall release Mr. Agrawal's passport for each trip authorized by this Order.

    (iii)    Mr. Agrawal must notify Pre-trial Services if any unexpected changes to his itinerary occur.

    (iv)    Mr. Agrawal may not be absent from the United States more than 14 consecutive days on each international trip (including travel days).

    (v)    Mr. Agrawal must telephone Pre-trial services daily while outside the United States.

    (vi)    Within three business days of his return to the United States from each trip, Mr. Agrawal must:

        – surrender his passport to Pre-trial Services; and

        – provide the government with copies of his passport, including copies of the inside and outside covers, as well as all pages of the passports.

    (vii)    Upon each post-trip surrender of Mr. Agrawal's passport pursuant to paragraph 3(c)(vi) of this Order, Pre-trial Services shall immediately release the passports of Mr. Agrawal's wife and minor children. Mr. Agrawal shall provide the government with copies of the inside and outside covers as well as all pages of the passports of Mr. Agrawal's wife and minor children within three business days of the release of the passports of Mr. Agrawal's wife and minor children.

    (viii)    Mr. Agrawal <u>has</u> knowingly and voluntarily executed under penalty of perjury the Declaration Waiving Extradition Rights provided by the government, and that waiver remains in effect.

    (ix)    Mr. Agrawal <u>has</u> posted a $1,000,000 bond by executing an affidavit of confession of judgment in favor of the United States that is secured by Mr. Agrawal's New York City residence, and that bond remains in effect.

4. Pre-trial Services shall release Mr. Agrawal's passport (and the passports of Mr. Agrawal's wife and minor children) to Mr. Agrawal pursuant to the protocol and schedule in paragraph 3 of this Order.

5.      In the event U.S. Customs and Border Patrol or foreign law enforcement authorities take an action ("Action") resulting (or potentially resulting) in an failure to comply with an aspect of this Order, through no fault of the defendant, Mr. Agrawal's counsel shall immediately notify the Court and Mr. Agrawal's failure to comply because of that Action shall not constitute a breach of Mr. Agrawal's conditions of release.

**SO ORDERED.**

Dated:_____, 2008            _____
                                   PAUL L. FRIEDMAN
                                   United States District Judge